Tyler J. Anderson, ISB No. 6632
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5275
Email: tanderson@hawleytroxell.com

Attorney for Defendant General Motors, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, as subrogee of George Adams,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. _____<br><br>NOTICE OF REMOVAL |

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant General Motors LLC ("GM LLC") hereby removes this action from the District Court of the Fourth Judicial District of Elmore County, Idaho to the United States District Court for the District of Idaho.

NOTICE OF REMOVAL - 1

82002.0004.12569721.1

## I.   PROCEDURAL BACKGROUND

On December 23, 2019, Plaintiff State Farm Fire and Casualty Company ("State Farm" or "Plaintiff"), as subrogee of its insured George Adams, filed a Complaint (the "Complaint") in the District Court of the Fourth Judicial District of Elmore County, Idaho in the case captioned *State Farm Fire and Casualty Company, as subrogee of George Adams v. General Motors LLC*, Case No. CV20-19-01330 ("State Court Action"). In accordance with 28 U.S.C. § 1446(a) and Dist. Idaho Loc. Civ. R. 81.1, a copy of the Complaint and all process, pleadings, and orders filed in the State Court Action are attached hereto as **Exhibit A**. In addition, a copy of the Register of Actions is attached hereto as **Exhibit B**.

In the Complaint, Plaintiff has asserted products liability, breach of warranty, and negligence claims against GM LLC arising out of an alleged incident in which Plaintiff's insured's GMC Acadia caught fire. *See* Complaint (Exhibit A- 1) at ¶¶ 6-7. Plaintiff claims that the vehicle fire caused damage to its insured's business and residence. *Id*. Plaintiff further claims that homeowners and business property insurance policies were issued to George Adams (its insured), and that as a result of the damage caused by the vehicle fire, Plaintiff has paid several hundred thousand dollars in insurance benefits to Mr. Adams. *Id*. at ¶ 14. In this subrogation action, Plaintiff is seeking to recover from GM LLC the amount of insurance benefits it claims it has paid.

## II.   BASIS OF REMOVAL

This case is being removed under 28 U.S.C. §§ 1441(b) and 1446. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the alleged amount in

controversy exceeds the sum of $75,000 and complete diversity of citizenship exists between the parties.

**A.     The Claimed Amount in Controversy Satisfies the Jurisdictional Minimum Under 28 U.S.C. § 1332(a).**

In this case, Plaintiff contends that it has paid a total sum of $627,366.58 in insurance benefits to Mr. Adams for damage to Mr. Adams' real and personal property allegedly caused when his GMC Acadia caught fire. *See* Complaint (Exhibit A-1) at ¶¶ 10-14.

Under 28 U.S.C. § 1332(a), in order to establish diversity jurisdiction, the amount in controversy must exceed "the sum or value of $75,000, exclusive of interest and costs." In determining the amount in controversy, federal courts first look to the complaint, and in general, the sum claimed by the plaintiff controls. *Lewis v. Verizon Commc'ns, Inc.*, 627 F.3d 395, 399 (9th Cir. 2010).  Here, it is evident from the Complaint that the amount in controversy significantly exceeds the $75,000 jurisdictional threshold.

**B.     Complete Diversity of Citizenship Exists Between the Parties.**

Diversity of citizenship is determined by the parties' citizenship at the time the Complaint is filed. *See* 28 U.S.C. §§ 1332 and 1441. The parties to this case are the Plaintiff and GM LLC.

Plaintiff is and was at the time the State Court Action commenced, an Illinois corporation with its principal place of business located in Bloomington, Illinois. *See* Complaint (Exhibit A-1) at ¶ 1. Accordingly, Plaintiff is a citizen of Illinois for purposes of determining diversity jurisdiction under 28 U.S.C. § 1332. *See, e.g.*, *Robertson v. GMAC Mortg., LLC*, 640 F. App'x 609, 611 (9th Cir. 2016) ("For purposes of diversity, a corporation is a citizen of its state of

incorporation and of the state where its principal place of business (i.e., its "nerve center") is located.").

Defendant GM LLC is, and was at the time the state court action commenced, a Delaware limited liability company. *See* Delaware Secretary of State Entity Details attached hereto as **Exhibit C**. The sole member of GM LLC is General Motors Holdings LLC. The sole member of General Motors Holdings LLC is General Motors Company. General Motors Company is a Delaware corporation with its principal place of business located in the State of Michigan. Accordingly, GM LLC is a citizen of Delaware and Michigan for purposes of determining diversity jurisdiction. *See* 28 U.S.C. § 1332(c)(1); *see also Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("an LLC is a citizen of every state of which its owners/members are citizens.").

With Plaintiff being a citizen of Illinois and GM LLC a citizen of states not including Illinois, there is complete diversity of citizenship between the parties to this lawsuit.

As set forth above, the Court has subject matter jurisdiction because this is a civil action in which the amount in controversy (exclusive of costs and interest) exceeds the sum of $75,000 and complete diversity of citizenship exists between the parties.

### III.     COMPLIANCE WITH REMOVAL STATUTES

**A.     Proper Venue.**

The United States District Court for the District of Idaho encompasses Elmore County, the county in which the subject incident occurred and the county in which the State Court Action was filed. *See* 28 U.S.C. § 124. Therefore, this case is properly removed to this Court under 28 U.S.C. § 1441(a).

**B.     Timeliness of Removal.**

GM LLC received a copy of the Complaint on January 13, 2020. Because this Notice of Removal was filed within 30 days after GM LLC's receipt of the Complaint, this removal is timely under the provisions of 28 U.S.C. § 1446(b). No previous application has been made for the relief requested herein.

**C.     Notice.**

Pursuant to 28 U.S.C. § 1446(d), prompt written notice of the filing of this Notice of Removal is being given to Plaintiff and a copy of this Notice of Removal is being filed with the Clerk for the District Court of the Fourth Judicial District of Elmore County, Idaho.

## IV.     NON-WAIVER OF DEFENSES

In removing this case to federal court, GM LLC has not waived any available defenses to the allegations asserted against it in the Complaint and, unless otherwise stated in GM LLC's pleadings, GM LLC has not admitted to any of the allegations set forth in the Complaint. GM LLC expressly reserves the right to assert all available defenses to each allegation in the Complaint.

## V.     CONCLUSION AND PRAYER

As set forth above, all of the prerequisites for removal have been satisfied, and removal is proper pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Accordingly, GM LLC respectfully requests that this lawsuit be removed to the United States District Court for the District of Idaho.

DATED THIS 27th day of January, 2020.

                HAWLEY TROXELL ENNIS & HAWLEY LLP


By: */s/ Tyler J. Anderson*
    Tyler J. Anderson, ISB No. 6632
    Attorney for Defendant General Motors, LLC

NOTICE OF REMOVAL - 6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January, 2020, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| John R. MacMillan, IBN #9959 | jmacmillan@msmlegal.com |
| Christine L. Reinert, IBN #9143 | creinert@msmlegal.com |
| MacMillan, Scholz, and Marks, P.C. | |
| 900 SW Fifth Avenue, Ste. 1800 | |
| Portland, OR  97232 | |
| Telephone:  503-224-2165 | |
| Facsimile:  503-224-0348 | |

*Attorneys for Plaintiff*

*/s/ Tyler J. Anderson*
Tyler J. Anderson

NOTICE OF REMOVAL - 7

82002.0004.12569721.1