# EXHIBIT B

## Case Information

CV20-19-01330 | State Farm Fire and Casuallty Company a/s/o George Adams Plaintiff, vs. General Motors, LLC Defendant.

| Case Number | Court | Judicial Officer |
|---|---|---|
| CV20-19-01330 | Elmore County District Court | Cawthon (District), James S. |
| **File Date** | **Case Type** | **Case Status** |
| 12/23/2019 | AA- All Initial District Court Filings (Not E, F, and H1) | Active - Pending |

## Party

**Plaintiff**
State Farm Fire and Casuallty Company a/s/o George Adams

Active Attorneys ▼

Attorney
Reinert, Christine Lynn
Retained

Lead Attorney
MacMillan, John R.
Retained

**Defendant**
General Motors, LLC

## Events and Hearings

12/23/2019 Initiating Document - District

12/23/2019 Complaint Filed

12/23/2019 Summons Issued

12/23/2019 Civil Case Information Sheet

## Financial

State Farm Fire and Casuallty Company a/s/o George Adams

| | |
|---|---:|
| Total Financial Assessment | $221.00 |
| Total Payments and Credits | $221.00 |

| | | | | |
|---|---|---|---|---:|
| 12/23/2019 | Transaction Assessment | | | $221.00 |
| 12/23/2019 | EFile Payment | Receipt # 10262-2019-R20 | State Farm Fire and Casuallty Company a/s/o George Adams | ($221.00) |