UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY,<br><br>　　　　Movant,<br><br>　　v.<br><br>GENERAL MOTORS, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | Case No. 1:20-cv-00040-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

  Before the Court is Defendant General Motors, LLC's Unopposed Motion to Seal (Dkt. 42). GM wishes to seal an exhibit to a declaration that was filed in connection with GM's motion for summary judgment. This particular document was marked as confidential during discovery. The protective order thus obligated GM to file a motion to seal the document. *See Protective Order,* Dkt. 18-1, ¶ 11. That alone, however, is not enough. GM must demonstrate that sealing this particular document satisfies the Ninth Circuit standard for sealing. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). GM did not address that standard. Accordingly, the Court will deny the motion without prejudice.

MEMORANDUM DECISION AND ORDER - 1

## ORDER

**IT IS ORDERED that:**

1. Defendant General Motors, LLC's Unopposed Motion to Seal (Dkt. 42) is **DENIED WITHOUT PREJUDICE.**

2. Defendant may refile its motion within 30 days of this Order. **If such a motion is not filed within this 30-day period, the Clerk will be directed to automatically unseal the Exhibit (Dkt. 41) without further notice or order.**

3. If Defendant refiles a motions within this time period, the Exhibit at Docket 41 shall remain sealed until the Court resolves the new motion.

DATED: January 7, 2021

B. Lynn Winmill
U.S. District Court Judge

MEMORANDUM DECISION AND ORDER - 2