Tyler J. Anderson, ISB No. 6632
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5275
E-mail:tanderson@hawleytroxell.com

Adrienne L. Toon, *Pro Hac Vice*
NELSON MULLINS RILEY & SCARBOROUGH LLP
1400 Wewatta Street, Suite 500
Denver, CO 80202
Telephone:  303.583.9908
Facsimile:  303.583.9999
E-mail: adrienne.toon@nelsonmullins.com

Attorneys for Defendant General Motors, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, as subrogee of George Adams,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | Case No. 1:20-CV-00040-BLW<br><br>DEFENDANT GENERAL MOTORS LLC'S MOTION FOR SANCTIONS DUE TO SPOLIATION |

      Defendant General Motors LLC ("GM LLC") hereby moves the Court for an order for sanctions against Plaintiff State Farm Fire and Casualty Insurance ("Plaintiff") due to Plaintiff's willful destruction of critical evidence, including the GM LLC vehicle alleged by Plaintiff to be defective and to have caused the fire at issue in the case. Filed contemporaneously herewith, in

DEFENDANT GENERAL MOTORS LLC'S MOTION FOR SANCTIONS DUE
TO SPOLIATION - 1

accordance with Dist. Idaho Loc. Civ. R. 7.1(b)(1), is a Memorandum of Points and Authorities in Support of this Motion for Sanctions Due to Spoliation.

WHEREFORE, Defendant GM LLC respectfully requests that sanctions be granted in its favor and against Plaintiff in the above-captioned case, including without limitation dismissal with prejudice.

DATED THIS 8th day of February, 2021.

                HAWLEY TROXELL ENNIS & HAWLEY LLP

By: */s/ Tyler J. Anderson*
     Tyler J. Anderson, ISB No. 6632
     Attorneys for Defendant General Motors, LLC

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 8th day of February, 2021, I electronically filed the foregoing DEFENDANT GENERAL MOTORS LLC'S MOTION FOR SANCTIONS DUE TO SPOLIATION with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| John R. MacMillan, IBN #9959 | jmacmillan@msmlegal.com |
| Christine L. Reinert, IBN #9143 | creinert@msmlegal.com |
| MacMillan, Scholz, and Marks, P.C. | |
| 900 SW Fifth Avenue, Ste. 1800 | |
| Portland, OR 97232 | |
| Telephone: 503-224-2165 | |
| Facsimile: 503-224-0348 | |

*Attorneys for Plaintiff*

                                                  */s/ Tyler J. Anderson*
                                                  Tyler J. Anderson