# Exhibit A

Tyler J. Anderson. ISB No. 6632
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 1000
P.O. Box 1617
Boise, Idaho 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5275
E-mail: tanderson@hawleytroxell.com

Adrienne L. Toon, *Pro Hac Vice*
NELSON MULLINS RILEY & SCARBOROUGH LLP
1400 Wewatta Street, Suite 500
Denver, Colorado 80202
Telephone: 303.583.9908
Facsimile: 303.583.9999
E-mail: adrienne.toon@nelsonmullins.com

*Attorneys for Defendant General Motors LLC*

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, as subrogee of George Adams,<br><br>                Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>                Defendant. | Case No. 1:20-cv-00040-BLW<br><br>**DECLARATION OF ROBIN R. JASON** |

I, Robin R. Jason, am over the age of eighteen, have personal knowledge of, and am competent to testify to the facts set forth in this Affidavit.

1.    I am employed by Defendant General Motors LLC ("GM LLC") as a Senior Technical Expert in the area of vehicle fires.

2.      As part of my job duties, I was asked to assist in the investigation of the vehicle and the fire at issue in this lawsuit on January 27, 2020. I have been involved in such investigations since July 2011.

3.      I am familiar with the records pertaining to the manufacture of motor vehicles maintained in the ordinary course of business by GM LLC, as well as the records maintained by the manufacturer of the 2007 GMC Acadia (VIN 1GKEV33767J168008) at issue in this case (the "Subject Vehicle").

4.      Attached to this Affidavit as **Exhibit 1** is a true and correct copy of the Global Warranty report ("Warranty Report") for the Subject Vehicle.

5.      Attached to this Affidavit as **Exhibit 2** is a true and correct copy of the Carfax Vehicle History Report for the Subject Vehicle ("Carfax Report"). GM LLC obtained the Carfax Report from www.carfax.com on August 29, 2019.

6.      Based on these records, the Subject Vehicle was assembled by General Motors Corporation on or about June 4, 2007. *See* Warranty Report (**Exhibit 1**) at p. 4.

7.      Based on these records, the Subject Vehicle's original owner purchased and received delivery of the Subject Vehicle in July 2007. *Id.* at p. 15. *See also* Carfax Report (**Exhibit 2**) at p. 1-2.

8.      Based on these records, the Subject Vehicle was purchased by George Adams from its original owner August 2017. *See* Carfax Report (Exhibit 2).

9.      Attached to this Affidavit as **Exhibit 3** is a true and correct copy of the Investigative Summary regarding George Adams by investigator Shane Hartgrove, dated May 24, 2019, Claim # 12-8691-G51 ("Hartgrove Report") produced by Plaintiff in the above-captioned case.

10.     The Hartgrove Report contains a narrative and summary of Mr. Hartgrove's "investigation to determine the point of origin and cause of the fire" at Mr. Adams's home. Ex. 3 at 1. It states twice that Mr. Adams told Mr. Hartgrove that Mr. Adams had no problems with the Subject Vehicle prior to the fire, including on the day of the fire. *Id.* at 1, 2.

11.     Based on the Hartgrove Report, Mr. Hartgrove concluded that the Subject Vehicle was the cause of the fire based on a "non-specific electrical failure in the area where the positive battery cable was connective to the fuse block that was located on the passenger's side of the engine compartment." *Id.* at 3. This conclusion appears to be due at least in part to Mr. Hartgrove's "on-line search for recalls on the 2007, GMC Acadia." *Id.*  He states that there were "two recalls regarding problems with the electrical system and potential fire hazards." *Id.*

12.     It would be more accurate to state that the two recall campaigns identified by Mr. Hartgrove pertain to the washer module under the hood of the Vehicle, rather than the "electrical system" generally. In any event, GM LLC records indicate that those two recall issues were both repaired in the Subject Vehicle long before the fire occurred. The repair specified for those recalls is to remove the washer module, which was completed for the Subject Vehicle on or about July 6, 2010.

13.     Attached to this Affidavit as **Exhibit 4** is a true and correct copy of the Incident Report / Run Sheet created by the Mountain Home Fire Department regarding the fire at Mr. Adams' home, dated May 23, 2019 ("Fire Department Report").

14.     Based on my review of the Hartgrove Report, it appears Mr. Hartgrove did not consider other potential sources of the fire or inspect anything at the scene other than the Vehicle. For example, garage door openers have caused fires in the past, but Mr. Hartgrove does not appear to have examined the garage door opener here, or any other potential ignition sources in the area.

15.     Similarly, the Fire Department Report states that there was a boat in the garage where the fire began. Ex. 4 at 7. However, the Hartgrove Report does not even acknowledge the existence of a boat in the Adams garage. It appears Mr. Hartgrove did not investigate the boat as a potential ignition source.

16.     To that end, based on the contents of his Report, it does not appear that Mr. Hartgrove adhered to the standards and procedures for fire investigation methodology outlined in the National Fire Protection Association's 921 Guide for Fire and Explosion Investigations ("NFPA 921"). For example, it appears that Mr. Hartgrove did not follow the steps of scientific method in analyzing the potential cause of this fire. The scientific method requires the collection and analysis of _all_ available data, which in this case should have included consideration of other potential ignition sources for the fire. Proper use of the scientific method also requires the inspector to test his or her hypothesis, but there is no indication in the Hartgrove Report that this was done.

17.     Attached to this Affidavit as **Exhibit 5** is a true and correct copy of Plaintiff's Response to General Motors LLC's First Set of Discovery Requests, dated March 5, 2020 ("Discovery Responses").

18.     Based on Plaintiff's Discovery Responses, Plaintiff had the vehicle inspected at Insurance Auto Auctions in Meridian, Idaho on May 22, 2019. Ex. 5 at 6 (Interrogatory Response No. 5). The Discovery Responses state the Vehicle was then "sold at a salvage auction on or around May 27, 2019." _Id._ at 5 (Interrogatory Response No. 3).

19.     Attached to this Affidavit as **Exhibit 6** is a true and correct copy of a letter sent by Plaintiff to "General Motors ESIS Gm Central Claims," dated August 21, 2019 and received August 27, 2019 ("Claim Notice").

20.     Based on the Claim Notice, GM LLC was not provided with notice of any claim in this case until August 27, 2019. GM LLC records indicate that prior to the Claim Notice, GM LLC had no notice of the fire at Mr. Adams' home, the damage to the Subject Vehicle, Mr. Hartgrove's investigation, the Hartgrove Report, or the sale of the Subject Vehicle at auction. As a result, GM LLC had no opportunity to inspect the fire scene and no opportunity to inspect the Vehicle before it was sold.

21.     Based on the information currently available to me, I strongly disagree with the findings and conclusions in the Hartgrove Report. However, because the fire scene was permanently altered and the Subject Vehicle has been lost or destroyed, neither I nor any other representative of GM is able to confirm or obtain the evidence necessary to determine whether (1) the Vehicle was in fact the cause of the fire, (2) where and how the fire started in the Vehicle, if it did; and (3) whether any fire was caused by a defect in the Vehicle, as opposed to a host of other causes. The few photographs and narrative provided by the Hartgrove Report, and the few other photographs that exist of the Vehicle and fire scene, are not sufficient to allow Mr. Hartgrove, or any other expert, to reach any conclusions consistent with the scientific method as mandated by NFPA 921.

22.     Similarly, because Mr. Hartgrove conducted no investigation or analysis of alternative sources of the fire in this case, and no physical evidence from the fire scene or the Subject Vehicle was preserved, GM is unable to perform a thorough, scientific evaluation of other potential ignition sources in or around Mr. Adams' garage. It is not possible to list all such potential ignition sources, but at a minimum they would include the boat, the garage door opener, the electrical wiring in the garage, and any batteries, portable heaters, appliances, liquid or gaseous fuel sources, or other flammable materials stored in the garage.

23.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 7, 2021.

Robin R. Jason

# Exhibit 1

**Global Warranty**                                             ☒ Logout

August 29, 2019

Global Warranty Management: Main > Interface With Customer > View Vehicle Summary

**INTERFACE WITH
CUSTOMER**

## View Vehicle Summary                              | ⑦

This screen allows IVH users to view the Summary of Vehicle Information, Field Actions, Service Information, Applicable Warranties, Transaction History, Service Contract(s) if applicable, Warranty Block, Branded Title information and OnStar and XM Radio information (if applicable).

**For this vehicle:**
→ View Vehicle Summary
    → Service Contract
    → Branded Title
    → Warranty Block
→ View Vehicle Build
→ View Vehicle Component Summary
→ View Vehicle Transaction History Detail
→ View Vehicle Delivery Information

### Vehicle Information

VIN: 1GKEV33767J168008                     Model: TV14526-2007 GMC ACADIA 4WD
Service Contract: No          Branded Title: No          Warranty Block: No          PDI Status: No
Order Type: 70 - RETAIL - STOCK
Field Actions: 0 Open

### Required Field Actions

Open Field Action Details are highlighted

| Type | Number | Original Nbr | Description | Release Date | Status |
|------|--------|--------------|-------------|--------------|--------|
| Product Safety Recall | N150240 | 15240 | POWER LIFTGATE PROP ROD RECOVERY | 11/10/2015 | Closed |
| Customer Satisfaction Program | N100287 | 10287 | PREMATURE TIMING CHAIN WEAR-REPROGRAM ENGINE CONTROL MODULE | 02/08/2011 | Closed |
| Product Safety Recall | N100153 | 10153 | HEATED WINDSHIELD WASHER MODULE SHORT CIRCUIT - DISABLE AND REMOVE MODULE | 06/08/2010 | Closed |
| Customer Satisfaction Program | N080207 | 08207 | SUNROOF WATER LEAK - INSTALL DRAIN TUBE EXTENSIONS *****EXPIRES 9/30/09***** | 08/27/2008 | Closed |
| Customer Satisfaction Program | N070217 | 07217 | TRANSMISSION SOFTWARE AND CALIBRATION UPDATE | 08/23/2007 | Closed |

### Branded Title

*The VIN information contained herein and information derived therefrom is the proprietary property of The Polk Company and is to be used only for the purpose of warranty verification and shall not be used for any other purpose whatsoever.

Vehicle has no current record of branded titles.

### Warranty Block

Vehicle has no current record of warranty block.

### Service Information

| Type | Number | Description | Posted Date |
|------|--------|-------------|-------------|
| SB | G0000083901 | Buick and GMC May/June Exclusive Service Offer | 05/20/2011 |

### OnStar and XM Satellite Radio Information

Refer to Help page for details. For OnStar contact 888.ON.STAR1 (888.667.8271) and for XM Radio contact 877.GET.XMST (877.438.9677 Canada) and in the USA:800-556-3600.

OnStar Equipped: Y                                   OnStar Status: Inactive

| | | |
|---|---|---|
| XM Equipped: Y | XM Radio ID: 6Z3GU04Z | XM Status: Active |
| OnStar Vehicle Diagnostics: N | | DMN Enabled: N |

## Applicable Warranties

Valid warranties are highlighted

| Valid | Description | Warranty Add Date | Start Date | Effective Odometer | End Date | End Odometer |
|---|---|---|---|---|---|---|
| | Corrosion Limited Warranty | 08/29/2018 | 07/16/2007 | 340 MI | 07/16/2013 | 100,340 MI |
| | Special Coverage 11340 | 08/29/2018 | 07/16/2007 | 340 MI | 07/16/2017 | 120,340 MI |
| | Special Coverage 14823 | 08/29/2018 | 07/16/2007 | 340 MI | 07/16/2017 | 120,340 MI |
| | Powertrain Limited Warranty | 08/29/2018 | 07/16/2007 | 340 MI | 07/16/2012 | 100,340 MI |
| | Emission Select Component Ltd Wty | 08/29/2018 | 07/16/2007 | 340 MI | 07/16/2015 | 80,340 MI |
| | Special Coverage 13091 | 08/29/2018 | 07/16/2007 | 340 MI | 07/16/2017 | 120,340 MI |
| | Special Coverage 14329 | 08/29/2018 | 07/16/2007 | 340 MI | 07/16/2017 | 150,340 MI |
| | Bumper to Bumper Limited Warranty | 08/29/2018 | 07/16/2007 | 340 MI | 07/16/2010 | 36,340 MI |
| | Special Coverage 14404 | 08/29/2018 | 07/16/2007 | 340 MI | 07/16/2017 | 120,340 MI |

## Service Contract

**Vehicle has no current record of service contracts.**

## Transaction History

View Details

| Job Card Date | Job Card Number | Transaction Type | Transaction Adjustment | Labour Operation | Odometer Reading |
|---|---|---|---|---|---|
| 04/13/2016 | 6056550 | ZFAT----Field Action Recall | | 9101483 - N150240 - Reprogram Accessory and Lift Gate Control Module with SPS | 37,129 MI |
| 04/09/2012 | M97236 | ZREG----Regular Vehicle Transaction | | Z2080 - ROADSIDE SERVICE (TOWING) | 21,527 MI |
| 09/19/2011 | 6023213 | ZREG----Regular Vehicle Transaction | | E3545 - Front Lower Control Arm Bushing Replacement | 21,462 MI |
| 09/19/2011 | 6023213 | ZREG----Regular Vehicle Transaction | | J0520 - Valve - Recondition Or Replace One Cyl - Right Bank | 21,462 MI |
| 06/02/2011 | 6021661 | ZFAT----Field Action Recall | | V2385 - 10287 - Reprogram ECM | 17,539 MI |
| 07/06/2010 | 6016243 | ZFAT----Field Action Recall | | V2281 - 10153-Windshield Washer Solvent Heater Asm Removal and Issue Check to Customer (Cust. Vehicles Only) | 14,129 MI |
| 08/18/2009 | 010967 | ZREG----Regular Vehicle Transaction | | R0774 - NAVIGATION RADIO RECEIVER-RETURN TO AC/DELCO ESC | 10,565 MI |
| 08/09/2009 | 010967 | ZREG----Regular Vehicle Transaction | | R0760 - Radio Replacement | 10,565 MI |
| 02/24/2009 | 008039 | ZFAT----Field Action Recall | | V1858 - 08207 Install Drain Tube Extensions | 8,057 MI |
| 11/05/2007 | 750883 | ZREG----Regular Vehicle Transaction | | J9992 - Customer Concern Not Duplicated (CCND) - Engine Malfunction Indicator Lamp (MIL) Active | 2,954 MI |
| 11/05/2007 | 750883 | ZFAT----Field Action Recall | | V1696 - 07217 - Reprogram the TCM/ECM | 2,954 MI |
| 06/26/2007 | 105800 | ZPDI----Pre-Delivery Inspection | | Z6999 - PDI Related Fluid Adds | 9 MI |
| 06/04/2007 | A68008 | ZPDI----Pre-Delivery Inspection | | Z7000 - Pre-Delivery Inspection - Base Time | 0 MI |

Global Warranty Management: Site Map

Privacy Policy | Terms of Use

© 2005 General Motors. All rights reserved.

**GM Global Warranty**    ⊠ Logout

August 29, 2019

Global Warranty Management: Main > Interface With Customer > View Vehicle Build

INTERFACE WITH
CUSTOMER

## View Vehicle Build
⊘

This screen allows IVH users to view the initial build information on the selected VIN including option codes with descriptions (where available).

**For this vehicle:**
→ View Vehicle Summary
   → Service Contract
   → Branded Title
   → Warranty Block
→ View Vehicle Build
→ View Vehicle Component Summary
→ View Vehicle Transaction History Detail
→ View Vehicle Delivery Information

### Vehicle Information

VIN: 1GKEV33767J168008                          Model: TV14526-2007 GMC ACADIA 4WD

Service Contract: No    Branded Title: No    Warranty Block: No    PDI Status: No

Order Type: 70 - RETAIL - STOCK

Field Actions: 0 Open

### Vehicle Build

Model: TV14526-2007 GMC ACADIA 4WD                       Order Number: KXJRHQ
Gross Vehicle Weight: 2,906                                Build Date: 06/04/2007
                                                           Build Plant: J

### Option Codes

*IVH is not the definitive source of GM Vehicle RPO information and is intended for service reference only. Should there be any questions about the vehicle's original build or RPO information please refer to the original vehicle invoice or window sticker.

| | |
|---|---|
| 1SZ - OPTION PACKAGE SAVINGS | 40U - SUMMIT WHITE |
| 4SB - SLT-2 TRIM | 6AB - FRT SUSPENSION |
| 7AB - FRT SUSPENSION | 842 - TITANIUM |
| 84I - INTERIOR TRIM | 8UM - RR SUSPENSION |
| 9UM - RR SUSPENSION | A45 - SEAT ADJUSTER, 2-WAY DRIVER SEAT AND OUTSIDE MIRROR |
| AAQ - 4-WAY PWR PASSENGER SEAT | ABB - 7 PASSENGER SEATING W/2ND ROW CAPTAIN'S CHAIRS & 3RD ROW SPLIT BENCH SEAT |
| AG3 - 8-WAY PWR DRIVER W/MEMORY | AL0 - SENSOR INDICATOR, INFLATABLE RESTRAINT |
| AP3 - REMOTE START | AP9 - CARGO NET |
| AQ4 - REAR SEATS | AR9 - DELUXE FRONT BUCKET SEATS |
| ARN - SEAT REAR 3RD ROW 60/40 BENCH | AT8 - RESTRAINT PROVISION CHILD RR SEAT |
| AXC - WINDOWS, POWER EXPRESS WITH DRIVER UP/DOWN, PASSENGER DOWN | AXP - MPV VIN IDENTIFICATION |
| AY0 - DUAL FRONTAL AIRBAGS, HEAD CURTAIN SIDE AIRBAGS | B37 - FLOOR MATS - FRONT AND REAR |
| B86 - BODY COLORED OUTSIDE MOLDINGS | BS1 - INSULATION ACOUSTIC PACKAGE |
| C3U - DUAL SKYSCAPE SUNROOF | C7H - GVW RATING - 6,400 LBS |
| C98 - AIR BAG, PASS SENSING SYSTEM | CJ2 - TRI-ZONE AUTOMATIC AIR CONDITIONING |
| D7E - TRAY LOAD FLOOR, STORAGE | DD7 - INSIDE REARVIEW MIRROR W/AUTO DIMMING |
| DLT - LANSING DELTA PLANT | DNP - HEATED OUTSIDE MIRRORS, POWER FOLDING, BODY COLORED |
| E61 - POWER LIFTGATE | FE2 - SUSPENSION SYSTEM |
| FE9 - 50-STATE EMISSIONS | GW5 - AXLE RATIO, 3.16 |
| IP2 - INTERIOR TRIM -LEATHER | JJD - I/P SUBASSEMBLY NOT INSTALLED |
| JJJ - SUSPENSION | JJK - SUSPENSION |
| JJP - SUSPENSION | JJS - CONSOLE FRT FLR NOT INSTALLED |
| JL9 - ANTI-LOCK BRAKE SYSTEM | K34 - CRUISE CONTROL |
| KA1 - HEATED FRT & PASS FRONT SEATS | KV1 - 115V POWER OUTLET |
| KW7 - GENERATOR 170 AMP | LY7 - ENGINE, 3.6L VVT V6 |
| MH6 - TRANSMISSION 6 SPEED AUTO AWD | N37 - STEERING COLUMN, TILT AND TELESCOPING |
| NEA - DUAL EXHAUST W/CHROME TIPS | NP5 - LEATHER WRAP STEERING WHEEL WITH CONTROLS |
| NT7 - EMISSION SYSTEM FEDERAL TIER 2 | NV7 - POWER STEERING WITH VARIABLE ASSIST |

NW9 - ELECTRONIC TRACTION CONTROL

P64 - 19" ULTRA BRIGHT ALUM WHEELS (SEE WHL CONTENT CREDIT BELOW)

PDC - CARGO PACKAGE: * CARGO CONVENIENCE NET * CARGO SHADE

PDD - CONVENIENCE PACKAGE: * REMOTE START * ULTRASONIC REAR PARKING ASSIST

QCW - TIRES, P255/60R19

R6K - ONSTAR TURN-BY-TURN NAVIG AVAIL

R6P - PREMIUM PAINT

R9L - SPRING WHOLESALE FLOORPLAN PLUS

R9N - SEATS

RCA - CARGO AREA AUDIO CONTROLS

RYJ - CARGO SHADE

SLM - STOCK ORDERS

T43 - REAR SPOILER

T61 - DAYTIME RUNNING LAMPS

T82 - AUTOMATIC HEADLAMPS

T96 - FRONT FOG LAMPS

TVD - HID HEADLAMPS

U05 - HORN, DUAL

U2K - XM SATELLITE RADIO - SERVICE FEE EXTRA.1ST 3 MONTHS INCL.

U42 - ENTERTAINMENT SYSTEM - DVD 2 HEADPHONES WITH BOSE SPEAKER SURROUND SOUND

UA1 - HEAVY DUTY BATTERY

UC1 - SPEEDOMETER INST MILES

UD7 - REAR PARK ASSIST

UE1 - 1YR ONSTAR DIRECTIONS W/TURN-BY-TURN NAVIGATION (ASK DEALER ABOUT GEOGRAPHIC COVERAGE)

UG1 - UNIVERSAL GARAGE DOOR OPENER

UH9 - INSTRUMENT PANEL W/ENHANCEMENTS

UJ2 - INDICATOR, ENGINE OIL LIFE

UJ6 - TIRE PRESSURE MONITORING SYSTEM

UK3 - STEERING WHEEL AUDIO CONTROLS

UK6 - REAR SEAT AUDIO CONTROLS

UQS - BOSE SPEAKERS WITH SURROUND SOUND (REPLACES STD/OPT SPEAKERS)

UUD - XM ANTENNA

UV6 - HEAD-UP DISPLAY

UZR - TOUCH SCREEN NAVIGATION SYSTEM (REPLACES STD/OPT RADIO)

V08 - HEAVY DUTY COOLING

V2P - LONGITUDINAL ROOF RAILS

V73 - VEHICLE STATEMENT - USA/CANADA

V92 - TRAILERING PACKAGE: * COOLING SYSTEM - HEAVY DUTY * TRAILER HITCH

VD9 - FASCIA FRT & RR, BODY COL0R

VFF - VIDEO FORMAT REGION 1 NTSC

VH9 - ENVELOPE OWNER INFO MANUAL

VK3 - FRONT LICENSE PLATE BRACKET

VOC - GRILLE RADIATOR, MESH TYPE

VR2 - TRAILER HITCH

VT7 - OWNERS MANUAL ENGLISH

VXS - COMPLETE VEHICLE LABEL

XA7 - HEATED WINDSHIELD WIPER FLUID

Y92 - MDSE PKG SPECIAL EDITION

YD5 - FRONT SPRING - BASE EQUIPMENT

YD6 - REAR SPRING - BASE EQUIPMENT

Z88 - GMC TRUCK NAMEPLATE

## Added Option Codes

~BW -

~CL -

~CZ -

~DT -

~EE -

Global Warranty Management: Site Map

Privacy Policy | Terms of Use

© 2005 General Motors. All rights reserved.

**GM Global Warranty**

🖶 Logout

August 29, 2019

Global Warranty Management: Main > Interface With Customer > View Vehicle Component Summary

**INTERFACE WITH CUSTOMER**

## View Vehicle Component Summary ⃒ ⊙

This screen allows IVH users to view the information on various major components added to the VIN selected during vehicle build.

**For this vehicle:**
→ View Vehicle Summary
    → Service Contract
    → Branded Title
    → Warranty Block
→ View Vehicle Build
→ View Vehicle Component Summary
→ View Vehicle Transaction History Detail
→ View Vehicle Delivery Information

### Vehicle Information

VIN: 1GKEV33767J168008

Model: TV14526-2007 GMC ACADIA 4WD

Service Contract: No     Branded Title: No     Warranty Block: No     PDI Status: No

Order Type: 70 - RETAIL - STOCK

Field Actions: 0 Open

### Vehicle Component

| | | |
|---|---|---|
| Component Code: 10-ENGINE ASSEMBLY | Traceability: 071480148 | |
| Source Plant: K-GM OF CANADA, LTD. ST. CATHARINES, ONTARIO | Part / Number Broadcast: BTD | |
| Date Scanned: 06/01/2007 | Time Scanned: 22:54:00 | Scan Station: 04 |

| | | |
|---|---|---|
| Component Code: 38-HVAC CONTROLLER | Traceability: 071450267 | |
| Source Plant: R- | Part / Number Broadcast: 5006 | |
| Date Scanned: 06/02/2007 | Time Scanned: 08:19:00 | Scan Station: 00 |

| | | |
|---|---|---|
| Component Code: 50-INSTRUMENT CLUSTER | Traceability: H34550199 | |
| Source Plant: F- | Part / Number Broadcast: H7WJ | |
| Date Scanned: 06/02/2007 | Time Scanned: 08:19:00 | Scan Station: 00 |

| | | |
|---|---|---|
| Component Code: 61-TRANSMISSION | Traceability: 7138B1020 | |
| Source Plant: W-HYDRAMATIC WARREN, MICHIGAN | Part / Number Broadcast: 7HAK | |
| Date Scanned: 06/01/2007 | Time Scanned: 22:55:00 | Scan Station: 05 |

| | | |
|---|---|---|
| Component Code: 74-ELECTRON BRAKE & TRACTION CTRL MOD ASM | Traceability: HN710ACE | |
| Source Plant: B- | Part / Number Broadcast: 2784 | |
| Date Scanned: 06/02/2007 | Time Scanned: 08:19:00 | Scan Station: 00 |

| | | |
|---|---|---|
| Component Code: 86-ELECTRONIC CONTROL MODULE (ECM) | Traceability: 0714020FG | |
| Source Plant: M-DELCO ELECTRONICS MILWAUKEE, WISCONSIN | Part / Number Broadcast: YRFN | |
| Date Scanned: 06/02/2007 | Time Scanned: 08:19:00 | Scan Station: 00 |

| | | |
|---|---|---|
| Component Code: 87-BODY CONTROL MODULE | Traceability: 714440172 | |
| Source Plant: L- | Part / Number Broadcast: 6124 | |
| Date Scanned: 06/02/2007 | Time Scanned: 08:19:00 | Scan Station: 00 |

| | | |
|---|---|---|
| Component Code: 92-BRAKE PRESSURE MODULATOR VALVE ASSEMBLY | Traceability: 7135E0372 | |
| Source Plant: B-BOSCH BAILCHACH, GERMANY | Part / Number Broadcast: 2784 | |
| Date Scanned: 06/02/2007 | Time Scanned: 00:02:00 | Scan Station: 03 |

| | | |
|---|---|---|
| Component Code: AB-IR-MODULE ASM-INFLATOR | Traceability: 143710055 | |
| Source Plant: Z-BREED, MEXICO | Part / Number Broadcast: 3149 | |
| Date Scanned: 06/02/2007 | Time Scanned: 07:22:00 | Scan Station: 08 |

Component Code: AH-IR-SENSOR ASM-LEFT
Source Plant: E-METHODE ELECTRONICS CARTHAGE IL.
Date Scanned: 06/02/2007

Traceability: 0021D639E
Part / Number Broadcast: 1622
Time Scanned: 08:19:00   Scan Station: 00

Component Code: AJ-IR-SENSOR ASM-RIGHT
Source Plant: E-METHODE ELECTRONICS CARTHAGE IL.
Date Scanned: 06/02/2007

Traceability: 0021D0B76
Part / Number Broadcast: 1622
Time Scanned: 08:19:00   Scan Station: 00

Component Code: AL-IR-MODULE ASM-I/P
Source Plant: M-MORTON-THIOKOL
Date Scanned: 06/01/2007

Traceability: 3BAXO58
Part / Number Broadcast: 7974
Time Scanned: 20:40:00   Scan Station: 00

Component Code: AP-RH SIDE IMPACT AIRBAG MODULE
Source Plant: D-ALLIED SIGNAL BSRD
Date Scanned: N/A

Traceability: 14570404
Part / Number Broadcast: 2201
Time Scanned: N/A   Scan Station: 00

Component Code: AQ-LH SIDE IMPACT AIRBAG MODULE
Source Plant: D-ALLIED SIGNAL BSRD
Date Scanned: N/A

Traceability: 14370189
Part / Number Broadcast: 2205
Time Scanned: N/A   Scan Station: 00

Component Code: AS-SENSING DIAGNOSTIC MODULE
Source Plant: E-METHODE ELECTRONICS CARTHAGE IL.
Date Scanned: 06/02/2007

Traceability: 530RXWC20
Part / Number Broadcast: 1147
Time Scanned: 08:19:00   Scan Station: 00

Component Code: AT-RIGHT SIDE IMPACT SENSING
MODULE
Source Plant: E-METHODE ELECTRONICS CARTHAGE IL.

Date Scanned: 06/02/2007

Traceability: 0021D2E67

Part / Number Broadcast:
1622
Time Scanned: 08:19:00   Scan Station:
00

Component Code: AU-LEFT SIDE IMPACT SENSING
MODULE
Source Plant: E-METHODE ELECTRONICS CARTHAGE IL.

Date Scanned: 06/02/2007

Traceability: 0021D380D

Part / Number Broadcast:
1622
Time Scanned: 08:19:00   Scan Station:
00

Component Code: BD-DISPLAY ASM, DRIVER'S
INFORMATION
Source Plant: 5-

Date Scanned: 06/02/2007

Traceability: 131700153

Part / Number Broadcast:
5951
Time Scanned: 08:19:00   Scan Station:
00

Component Code: BN-LIFTGATE ELECTRONIC CONTROL
MODULE
Source Plant: E-

Date Scanned: 06/02/2007

Traceability: 871410542

Part / Number Broadcast:
5389
Time Scanned: 08:19:00   Scan Station:
00

Component Code: BO-PASSENGER DOOR ELECTRONIC
CONTROL MODULE
Source Plant: 4-

Date Scanned: 06/02/2007

Traceability: 4712704NI

Part / Number Broadcast:
2614
Time Scanned: 08:19:00   Scan Station:
00

Component Code: BP-DRIVER DOOR ELECTRONIC CONTROL
MODULE
Source Plant: 4-

Date Scanned: 06/02/2007

Traceability: 47136025E

Part / Number Broadcast:
2613
Time Scanned: 08:19:00   Scan Station:
00

Component Code: BR-SENSOR ASSY - (PSIR) PRESENCE
DETECTOR

Traceability: 270953PKQ

Source Plant: 8-                              Part / Number Broadcast:
                                                           3782

Date Scanned: 06/02/2007                     Time Scanned: 08:19:00    Scan Station:
                                                                            00

Component Code: BV-COMMUNICATIONS INTERFACE       Traceability: 271403442
MODULE
Source Plant: X-                              Part / Number Broadcast:
                                                           6499

Date Scanned: 06/02/2007                     Time Scanned: 08:19:00    Scan Station:
                                                                            00

Component Code: CD-SEQ NUM (FLEX) BODY ASM        Traceability: 1740537
Source Plant: -                              Part / Number Broadcast: 1ZZ
Date Scanned: 05/30/2007                     Time Scanned: 19:38:00    Scan Station:

Component Code: CJ-SEQ NUM (FLEX) PAINT PROCESS   Traceability: 0075627
Source Plant: -                              Part / Number Broadcast: 1PP
Date Scanned: 06/01/2007                     Time Scanned: 19:27:00    Scan Station:

Component Code: CP-SEQ NUM (FLEX) GEN ASM         Traceability: 0075469
Source Plant: -                              Part / Number Broadcast: 1GA
Date Scanned: 06/01/2007                     Time Scanned: 19:34:00    Scan Station:

Component Code: DA----                            Traceability: 00224A293
Source Plant: E-                             Part / Number Broadcast: 8127
Date Scanned: 06/02/2007                     Time Scanned: 08:19:00    Scan Station: 00

Component Code: DB----                            Traceability: 0021E088C
Source Plant: E-                             Part / Number Broadcast: 8127
Date Scanned: 06/02/2007                     Time Scanned: 08:19:00    Scan Station: 00

Component Code: DE----                            Traceability: 860204170
Source Plant: E-                             Part / Number Broadcast: 8699
Date Scanned: 06/02/2007                     Time Scanned: 08:19:00    Scan Station: 00

Component Code: DF----                            Traceability: 5150D0945
Source Plant: M-                             Part / Number Broadcast: 0118
Date Scanned: 06/01/2007                     Time Scanned: 22:50:00    Scan Station: 01

Component Code: DG----                            Traceability: 5149D1062
Source Plant: M-                             Part / Number Broadcast: 0119
Date Scanned: 06/01/2007                     Time Scanned: 22:50:00    Scan Station: 02

Component Code: DK----                            Traceability: 108950
Source Plant: K-                             Part / Number Broadcast: 1863
Date Scanned: 06/02/2007                     Time Scanned: 08:19:00    Scan Station: 00

Component Code: DL----                            Traceability: 1957A3ALE
Source Plant: C-                             Part / Number Broadcast: 8837
Date Scanned: 06/02/2007                     Time Scanned: 08:19:00    Scan Station: 00

Component Code: DQ----                            Traceability: 171480030
Source Plant: R-                             Part / Number Broadcast: WCT5
Date Scanned: 06/02/2007                     Time Scanned: 08:19:00    Scan Station: 00

Component Code: DR----                            Traceability: A71360820
Source Plant: D-                             Part / Number Broadcast: 1404
Date Scanned: 06/02/2007                     Time Scanned: 08:19:00    Scan Station: 00

Component Code: DV----                            Traceability: 017913407
Source Plant: Q-                             Part / Number Broadcast: 0313
Date Scanned: 06/02/2007                     Time Scanned: 08:19:00    Scan Station: 00

Component Code: DX----                            Traceability: 171380290
Source Plant: M-                             Part / Number Broadcast: FDVL

Date Scanned: 06/02/2007                Time Scanned: 08:19:00          Scan Station: 00

Component Code: DZ----              Traceability: 151B70589
Source Plant: S-                    Part / Number Broadcast: G7A
Date Scanned: 06/01/2007                Time Scanned: 20:40:00          Scan Station: 00

Component Code: EL----              Traceability: 7058008CX
Source Plant: 4-                    Part / Number Broadcast: 7528
Date Scanned: 06/02/2007                Time Scanned: 08:19:00          Scan Station: 00

Component Code: FG----              Traceability: 071350733
Source Plant: 4-                    Part / Number Broadcast: 9594
Date Scanned: 06/02/2007                Time Scanned: 08:19:00          Scan Station: 00

Component Code: FK----              Traceability: 272S005
Source Plant: 3-                    Part / Number Broadcast: 4404
Date Scanned: 06/02/2007                Time Scanned: 08:19:00          Scan Station: 00

Component Code: FN----              Traceability: GATE06625
Source Plant: G-                    Part / Number Broadcast: 4527
Date Scanned: 06/01/2007                Time Scanned: 23:20:00          Scan Station: 06

Component Code: ZU----              Traceability: 6Z3GU04Z
Source Plant: -                     Part / Number Broadcast:
Date Scanned: 06/02/2007                Time Scanned: 08:19:00          Scan Station: 00

Component Code: ZV----              Traceability: 171380290
Source Plant: -                     Part / Number Broadcast:
Date Scanned: 06/02/2007                Time Scanned: 08:19:00          Scan Station: 00

Component Code: ZW----              Traceability: 15907728
Source Plant: -                     Part / Number Broadcast:
Date Scanned: 06/02/2007                Time Scanned: 08:19:00          Scan Station: 00

Component Code: ZX----              Traceability: 044881926
Source Plant: 0-                    Part / Number Broadcast:
Date Scanned: 06/02/2007                Time Scanned: 08:19:00          Scan Station: 00

Component Code: ZY----              Traceability: 605619874
Source Plant: 3-                    Part / Number Broadcast: 0
Date Scanned: 06/02/2007                Time Scanned: 08:19:00          Scan Station: 00

## Service Agent Installed Component

**Vehicle has no current record of vehicle component.**

© 2005 General Motors. All rights reserved.

**GM** **Global**Warranty                                    ☒ Logout

August 29, 2019

Global Warranty Management: Main > Interface With Customer > View Vehicle Transaction History Detail

**INTERFACE WITH
CUSTOMER**

# View Vehicle Transaction History Detail                        | ⊙

This screen allows IVH users to view the available information on individual transaction for the VIN selected.

**For this vehicle:**
→ View Vehicle Summary
   → Service
      Contract
   → Branded Title
   → Warranty Block
→ View Vehicle Build
   View Vehicle
   Component Summary
   View Vehicle
→ Transaction History
   Detail
   View Vehicle Delivery
   Information

## Vehicle Information
VIN: 1GKEV33767J168008                     Model: TV14526-2007 GMC ACADIA 4WD
Service Contract: No    Branded Title: No      Warranty Block: No        PDI Status: No
Order Type: 70 - RETAIL - STOCK
Field Actions: 0 Open

                                    REQUEST ANOTHER VIN

---

**Job Card Date:** 04/13/2016                     **Job Card Number:** 6056550

Repair Service Agent: 172227                   Odometer Reading: 37,129 MI
RIVERTON ELKO CHEVROLET BUICK GMC              Authorization Code:
3750 E IDAHO ST
ELKO  NV  89801-4611
8007653629

---

Process Date:
04/21/2016
Transaction Type:
ZFAT----Field Action Recall
Transaction Expense Category:
Field Action Recall
Customer Complaint Code:
-
Job Card Line #:  1              Transaction Adjustment:        Cause Code:  -
Labour Op 9101483-N150240 - Reprogram Accessory and Lift Gate Control Module with SPS
   Causal Part Number

---

**Job Card Date:** 04/09/2012                     **Job Card Number:** M97236

Repair Service Agent: 207453                   Odometer Reading: 21,527 MI
GM ROADSIDE ASSISTANCE/CCAS                    Authorization Code:  BMR
ONE CABOT RD
MEDFORD MA 02155-5117

Process Date:
04/17/2012
Transaction Type:
ZREG----Regular Vehicle Transaction
Transaction Expense Category:
Warranty
Customer Complaint Code:
0090-No Customer Complaint - Other issues
Job Card Line #:  1            Transaction Adjustment:  Cause Code:  9099-Other - Not Duplicated
Labour Op Z2080-ROADSIDE SERVICE (TOWING)
   Causal Part Number
   →See other Parts and/or Net Items

---

**Job Card Date:** 09/19/2011                     **Job Card Number:** 6023213

Repair Service Agent: 172227                   Odometer Reading:  21,462 MI

RIVERTON ELKO CHEVROLET BUICK GMC
3750 E IDAHO ST
ELKO  NV  89801-4611
8007653629

Authorization Code:  A

---

Process Date:
12/26/2011
Transaction Type:
ZREG----Regular Vehicle Transaction
Transaction Expense Category:
Policy
Customer Complaint Code:
0126-Drivability - Noise

Job Card Line #:  2          Transaction Adjustment:  Cause Code:  3051-Rotating Part - Worn/Stripped

Labour Op E3545-Front Lower Control Arm Bushing Replacement
    Causal Part Number 000000000022782459-BUSHING ASM-FRT LWR CONT ARM
    →See other Parts and/or Net Items

---

**Job Card Date:  09/19/2011**                    **Job Card Number:  6023213**

Repair Service Agent:  172227                    Odometer Reading:  21,462 MI
RIVERTON ELKO CHEVROLET BUICK GMC                Authorization Code:  E4N8P8
3750 E IDAHO ST
ELKO  NV  89801-4611
8007653629

---

Process Date:
12/21/2011
Transaction Type:
ZREG----Regular Vehicle Transaction
Transaction Expense Category:
Warranty
Customer Complaint Code:
0322-Engine/Fuel/Exhaust - Engine
Performance

Job Card Line #:  1          Transaction Adjustment:          Cause Code:  3073-Rotating Part -
                                                                          Seized/Binds/Sticks

Labour Op J0520-Valve - Recondition Or Replace One Cyl - Right Bank
    Causal Part Number 000000000012634223-HEAD KIT-CYL (H.O. LY7 - RH)(NO VALVES,
    →See other Parts and/or Net Items

---

**Job Card Date:  06/02/2011**                    **Job Card Number:  6021661**

Repair Service Agent:  172227                    Odometer Reading:  17,539 MI
RIVERTON ELKO CHEVROLET BUICK GMC                Authorization Code:
3750 E IDAHO ST
ELKO  NV  89801-4611
8007653629

---

Process Date:
06/06/2011
Transaction Type:
ZFAT----Field Action Recall
Transaction Expense Category:
Field Action Recall
Customer Complaint Code:
-

Job Card Line #:  1          Transaction Adjustment:          Cause Code:  -

Labour Op V2385-10287 - Reprogram ECM
    Causal Part Number

**Job Card Date:** 07/06/2010        **Job Card Number:** 6016243

Repair Service Agent: 172227      Odometer Reading: 14,129 MI
RIVERTON ELKO CHEVROLET BUICK GMC     Authorization Code:
3750 E IDAHO ST
ELKO NV 89801-4611
8007653629

Process Date:
07/07/2010
Transaction Type:
ZFAT----Field Action Recall
Transaction Expense Category:
Field Action Recall
Customer Complaint Code:
-
Job Card Line #: 1     Transaction Adjustment:     Cause Code: -
Labour Op V2281-10153-Windshield Washer Solvent Heater Asm Removal and Issue Check to Customer (Cust.
Vehicles Only)
   Causal Part Number
    →See other Parts and/or Net Items

---

**Job Card Date:** 08/18/2009        **Job Card Number:** 010967

Repair Service Agent: 192094      Odometer Reading: 10,565 MI
INSTRUMENT SALES & SERVICE     Authorization Code:
18814-72ND AVE SO
KENT WA 98032-1041

Process Date:
09/15/2009
Transaction Type:
ZREG----Regular Vehicle Transaction
Transaction Expense Category:
Warranty
Customer Complaint Code:
0000-Converted Claim
Job Card Line #: 1     Transaction Adjustment:     Cause Code: 0000-Converted Claims
Labour Op R0774-NAVIGATION RADIO RECEIVER-RETURN TO AC/DELCO ESC
   Causal Part Number
    →See other Parts and/or Net Items

---

**Job Card Date:** 08/08/2009        **Job Card Number:** 010967

Repair Service Agent: 172227      Odometer Reading: 10,565 MI
RIVERTON ELKO CHEVROLET BUICK GMC     Authorization Code:
3750 E IDAHO ST
ELKO NV 89801-4611
8007653629

Process Date:
09/08/2009
Transaction Type:
ZREG----Regular Vehicle Transaction
Transaction Expense Category:
Warranty
Customer Complaint Code:
0000-Converted Claim
Job Card Line #: 1     Transaction Adjustment:     Cause Code: 0000-Converted Claims
Labour Op R0760-Radio Replacement
   Causal Part Number
    →See other Parts and/or Net Items

**Job Card Date:** 02/24/2009                    **Job Card Number:** 008039

Repair Service Agent: 172227                    Odometer Reading: 8,057 MI
RIVERTON ELKO CHEVROLET BUICK GMC                    Authorization Code:
3750 E IDAHO ST
ELKO  NV  89801-4611
8007653629

Process Date:
03/03/2009
Transaction Type:
ZFAT----Field Action Recall
Transaction Expense Category:
Field Action Recall
Customer Complaint Code:
0000-Converted Claim
Job Card Line #:  1          Transaction Adjustment:          Cause Code:  0000-Converted Claims
Labour Op V1858-08207 Install Drain Tube Extensions
   Causal Part Number
     →See other Parts and/or Net Items

---

**Job Card Date:** 11/05/2007                    **Job Card Number:** 750883

Repair Service Agent: 172227                    Odometer Reading: 2,954 MI
RIVERTON ELKO CHEVROLET BUICK GMC                    Authorization Code:
3750 E IDAHO ST
ELKO  NV  89801-4611
8007653629

Process Date:
11/13/2007
Transaction Type:
ZREG----Regular Vehicle Transaction
Transaction Expense Category:
Customer Complaint Code:
0000-Converted Claim
Job Card Line #:  1          Transaction Adjustment:          Cause Code:  0000-Converted Claims
Labour Op J9992-Customer Concern Not Duplicated (CCND) - Engine Malfunction Indicator Lamp (MIL) Active
   Causal Part Number

---

**Job Card Date:** 11/05/2007                    **Job Card Number:** 750883

Repair Service Agent: 172227                    Odometer Reading: 2,954 MI
RIVERTON ELKO CHEVROLET BUICK GMC                    Authorization Code:
3750 E IDAHO ST
ELKO  NV  89801-4611
8007653629

Process Date:
11/13/2007
Transaction Type:
ZFAT----Field Action Recall
Transaction Expense Category:
Customer Complaint Code:
0000-Converted Claim
Job Card Line #:  2          Transaction Adjustment:          Cause Code:  0000-Converted Claims
Labour Op V1696-07217 - Reprogram the TCM/ECM
   Causal Part Number

**Job Card Date:** 06/26/2007                               **Job Card Number:** 105800

Repair Service Agent: 132759                                Odometer Reading: 9 MI
YOUNG BUICK GMC OF BURLEY                                   Authorization Code:
325 OVERLAND AVE
BURLEY ID 83318-1024
2086781234

Process Date:
06/29/2007
Transaction Type:
ZPDI----Pre-Delivery Inspection
Transaction Expense Category:
Customer Complaint Code:
0000-Converted Claim
Job Card Line #: 1            Transaction Adjustment:          Cause Code: 0000-Converted Claims
Labour Op Z6999-PDI Related Fluid Adds
   Causal Part Number
   →See other Parts and/or Net Items

---

**Job Card Date:** 06/04/2007                               **Job Card Number:** A68008

Repair Service Agent: 132759                                Odometer Reading: 0 MI
YOUNG BUICK GMC OF BURLEY                                   Authorization Code:
325 OVERLAND AVE
BURLEY ID 83318-1024
2086781234

Process Date:
06/09/2007
Transaction Type:
ZPDI----Pre-Delivery Inspection
Transaction Expense Category:
Customer Complaint Code:
0000-Converted Claim
Job Card Line #: 1            Transaction Adjustment:          Cause Code: 0000-Converted Claims
Labour Op Z7000-Pre-Delivery Inspection - Base Time
   Causal Part Number

Global Warranty Management: Site Map

Privacy Policy  |  Terms of Use                                           © 2005 General Motors. All rights reserved.

**GM Global Warranty**

August 29, 2019

Global Warranty Management: Main  >  Interface With Customer  >  View Vehicle Delivery Information

⚑ Logout

INTERFACE WITH
CUSTOMER

# View Vehicle Delivery Information | ⑦

This screen allows IVH users to view the available information for the selected VIN delivered to the Service Agent and the ultimate customer. Not all sections will be populated for all VINs.

**For this vehicle:**
→ View Vehicle Summary
→ Service
→ Contract
→ Branded Title
→ Warranty Block
→ View Vehicle Build
→ View Vehicle Component Summary
→ View Vehicle Transaction History Detail
→ View Vehicle Delivery Information

## Vehicle Information

VIN: 1GKEV33767J168008                    Model: TV14526-2007 GMC ACADIA 4WD

Service Contract: No      Branded Title: No      Warranty Block: No      PDI Status: No

Order Type: 70 - RETAIL - STOCK

Field Actions:  0 Open                    REQUEST INFORMATION

## Invoice Information

Invoicing Service Agent: 132759              Invoice Date:  06/04/2007
YOUNG BUICK GMC OF BURLEY
325 OVERLAND AVE
BURLEY  ID  83318-1024  2086781234

## Ship to Information

Ship to Service Agent: 132759               Ship to Date:  N/A
YOUNG BUICK GMC OF BURLEY
325 OVERLAND AVE
BURLEY  ID  83318-1024  2086781234

## Delivery Information

Delivery Service Agent: 172227               . Delivery Date: 07/16/2007
RIVERTON ELKO CHEVROLET BUICK GMC          Delivery Type: 010—INDIVIDUAL
3750 E IDAHO ST                            Delivery Odometer: 340
ELKO  NV  89801-4611  8007653629

## In Service Information

Invoicing Service Agent:                     In Service Date:  N/A
                                             In Service Type:  0000
                                             In Service Odometer: 0

## Registration Information

Registration Service Agent:  N/A             Registration Date:  N/A
                                             Registration Number:  N/A
                                             Registration Odometer: 0

Global Warranty Management: Site Map

Privacy Policy  |  Terms of Use

© 2005 General Motors. All rights reserved.

# Exhibit 2

Detroit, MI



This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 8/29/19 at 7:47:33 AM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## CARFAX Ownership History
The number of owners is estimated

| | Owner 1 | Owner 2 |
|---|---|---|
| Year purchased | 2007 | 2017 |
| Type of owner | Personal | Personal |
| Estimated length of ownership | 9 yrs. 11 mo. | 1 yr. 9 mo. |
| Owned in the following states/provinces | Nevada, Idaho | Idaho, Illinois |
| Estimated miles driven per year | 4,193/yr | --- |
| Last reported odometer reading | 42,308 | 70,829 |

## CARFAX Title History
CARFAX guarantees the information in this section

| | | Owner 1 | Owner 2 |
|---|---|---|---|
| Salvage | Junk | Rebuilt | Fire | Flood | Hail | Lemon | **ALERT!** | No Problem | **Alert!** Problem Found |
| Not Actual Mileage | Exceeds Mechanical Limits | | No Problem | No Problem |

**Alert!** Severe problems were reported by a state Department of Motor Vehicles (DMV). This vehicle does not qualify for the CARFAX Buyback Guarantee.

## CARFAX Additional History
Not all accidents / issues are reported to CARFAX

| | Owner 1 | Owner 2 |
|---|---|---|
| **Total Loss** Total loss reported on 05/03/2019. | No Issues Reported | Total Loss Reported |
| **Structural Damage** No structural damage reported to CARFAX. | No Issues Reported | No Issues Reported |
| **Airbag Deployment** No airbag deployment reported to CARFAX. | No Issues Reported | No Issues Reported |
| **Odometer Check** No indication of an odometer rollback. | No Issues Indicated | No Issues Indicated |
| **Accident / Damage** DMV title problems reported. Fire damage reported on: 05/03/2019 and 06/28/2019. Vehicle sold at a salvage auction on 06/28/2019. | No Issues Reported | Severe Damage |
| **Manufacturer Recall** | No Recalls | No Recalls |

| | | |
|---|---|---|
| No open recalls reported to CARFAX. Check for open recalls on GM vehicles at recalls.gm.com. | ✅ Reported | ✅ Reported |
| **Basic Warranty**<br>Original manufacturer warranty likely voided by manufacturer after vehicle was severely damaged. | ✅ Warranty Active | **Warranty Voided** |

**CARFAX** Detailed History                                                    *Glossary*

| | Date: | Mileage: | Source: | Comments: |
|---|---|---|---|---|
| **👤Owner 1**<br>Purchased: 2007<br>Type: Personal<br>Where: Nevada, Idaho<br>Est. miles/year: 4,193/yr<br>Est. length 8/17/07 -<br>owned: 7/26/17<br>(9 yrs. 11 mo.) | Original Equipment | | OnStar | Vehicle equipped with OnStar<br><br>Get 3 free months of premium OnStar with Automatic Crash Response, Roadside Assistance and Remote Door Unlock by pressing the blue OnStar button Learn more |
| | 06/25/2007 | | Bonanza Motors<br>Burley, ID<br>208-678-1234<br>bonanzamotors.com<br>4.7 ⭐⭐⭐⭐⭐<br>7 Verified Reviews | Pre-delivery inspection completed |
| | 08/17/2007 | 340 | Nevada<br>Motor Vehicle Dept.<br>Elko, NV<br>Title #NV002053455-3 | Title issued or updated<br>Registration issued or renewed<br>First owner reported<br>Titled or registered as<br>personal vehicle |
| | 04/25/2008 | | Nevada<br>Motor Vehicle Dept. | Registration issued or renewed |
| | 07/15/2008 | | Nevada<br>Motor Vehicle Dept. | Registration issued or renewed |
| | 07/08/2009 | | Nevada<br>Motor Vehicle Dept. | Registration issued or renewed |
| | 07/01/2010 | | Nevada<br>Motor Vehicle Dept. | Registration issued or renewed |
| | 07/07/2010 | 14,129 | Riverton Elko GM<br>Superstore<br>Elko, NV<br>775-738-5131<br>rivertonelko.com<br>4.0 ⭐⭐⭐⭐<br>22 Verified Reviews | Vehicle serviced |
| | 07/20/2010 | 14,568 | Riverton Elko GM<br>Superstore<br>Elko, NV<br>775-738-5131<br>rivertonelko.com<br>4.0 ⭐⭐⭐⭐<br>22 Verified Reviews | Maintenance inspection completed<br>Oil and filter changed |
| | 06/06/2011 | 17,539 | Riverton Elko GM<br>Superstore<br>Elko, NV<br>775-738-5131<br>rivertonelko.com<br>4.0 ⭐⭐⭐⭐<br>22 Verified Reviews | Maintenance inspection completed<br>Oil and filter changed |
| | 06/29/2011 | | Nevada<br>Motor Vehicle Dept.<br>Elko, NV | Registration issued or renewed |
| | 12/07/2011 | 21,462 | Riverton Elko GM<br>Superstore<br>Elko, NV<br>775-738-5131<br>rivertonelko.com<br>4.0 ⭐⭐⭐⭐<br>22 Verified Reviews | Steering/suspension checked<br>Electrical system checked |
| | 04/11/2012 | 21,527 | Riverton Elko GM<br>Superstore<br>Elko, NV<br>775-738-5131<br>rivertonelko.com<br>4.0 ⭐⭐⭐⭐ | Maintenance inspection completed<br>Engine checked<br>Engine serviced |

22 Verified Reviews

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 06/27/2012 | | Nevada Motor Vehicle Dept. Elko, NV | Registration issued or renewed |
| 09/11/2012 | 24,836 | Riverton Elko GM Superstore Elko, NV 775-738-5131 rivertonelko.com 4.0 ★★★★☆ 22 Verified Reviews | Maintenance inspection completed Oil and filter changed |
| 06/25/2013 | | Nevada Motor Vehicle Dept. Elko, NV | Registration issued or renewed |
| 07/15/2013 | 26,919 | Riverton Elko GM Superstore Elko, NV 775-738-5131 rivertonelko.com 4.0 ★★★★☆ 22 Verified Reviews | Maintenance inspection completed Electrical system checked |
| 01/21/2014 | 29,119 | Riverton Elko GM Superstore Elko, NV 775-738-5131 rivertonelko.com 4.0 ★★★★☆ 22 Verified Reviews | Maintenance inspection completed Cabin air filter replaced/cleaned Engine checked Engine serviced |
| 07/14/2014 | | Nevada Motor Vehicle Dept. Elko, NV | Registration issued or renewed |
| 01/13/2015 | 32,784 | Riverton Elko GM Superstore Elko, NV 775-738-5131 rivertonelko.com 4.0 ★★★★☆ 22 Verified Reviews | Maintenance inspection completed Tires rotated Oil and filter changed |
| 06/03/2015 | | Nevada Motor Vehicle Dept. Elko, NV | Registration issued or renewed |
| 04/20/2016 | 37,129 | Riverton Elko GM Superstore Elko, NV 775-738-5131 rivertonelko.com 4.0 ★★★★☆ 22 Verified Reviews | Vehicle serviced |
| 05/26/2016 | | Nevada Motor Vehicle Dept. Elko, NV | Registration issued or renewed |
| 09/01/2016 | | Nevada Motor Vehicle Dept. Elko, NV | Registration issued or renewed |
| 05/31/2017 | 41,773 | Riverton Elko GM Superstore Elko, NV 775-738-5131 rivertonelko.com 4.0 ★★★★☆ 22 Verified Reviews | Oil and filter changed Tires rotated Air filter replaced |
| 07/24/2017 | 42,308 | BIG O Tires #12483 BOISE, ID 208-376-3422 4.9 ★★★★★ 17 Verified Reviews | Oil and filter changed Tire condition and pressure checked |
| 07/26/2017 | | Idaho Motor Vehicle Dept. | Vehicle purchase reported |
| 07/28/2017 | | Idaho Motor Vehicle Dept. Mountain Home, ID | Registration issued or renewed Vehicle color noted as White |

**Owner 2**
Purchased: 2017

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Type: Personal<br>Where: Idaho, Illinois<br>Est. length 8/23/17 –<br>owned: 6/5/19<br>(1 yr. 9 mo.) | 08/23/2017 | Idaho<br>Motor Vehicle Dept.<br>Mountain Home, ID<br>Title #173085309 | Title issued or updated<br>New owner reported<br>Exempt from odometer reporting |
| | 06/29/2018 | Idaho<br>Motor Vehicle Dept.<br>Mountain Home, ID<br>Title #173085309 | Registration issued or renewed<br>Vehicle color noted as White |
| | 11/20/2018  70,829 | Commercial Tire<br>Mountain Home, ID<br>208-587-7955<br>commercialtire.com<br><br>4.9 ★★★★★<br>30 Verified Reviews | Tires rotated |
| | 05/03/2019 | Idaho<br>Damage Report | **TOTAL LOSS VEHICLE**<br>Vehicle declared a total loss<br>by an insurance company<br>Fire damage reported<br>Vehicle damaged in multiple places<br><br>This incident was first available for display by CARFAX<br>on 07/04/2019.<br><br> There are many reasons an insurance company will declare a vehicle a total loss. Have this vehicle inspected by a qualified technician before you buy. Learn more |
| | 05/07/2019 | Idaho<br>Motor Vehicle Dept.<br>Mountain Home, ID<br>Title #173085309 | Registration issued or renewed<br>Vehicle color noted as White |
| | 06/05/2019 | Idaho<br>Motor Vehicle Dept. | Vehicle purchase reported |
| | 06/11/2019 | Idaho<br>Motor Vehicle Dept. | Title or registration issued<br>to insurance company |
| | 06/11/2019 | Illinois<br>Motor Vehicle Dept.<br>Rancho Cordova, CA<br>Title #199001724 | **JUNK TITLE/CERTIFICATE ISSUED** |
| | 06/11/2019 | Idaho<br>Motor Vehicle Dept.<br>Rancho Cordova, CA<br>Title #199001724 | **JUNK TITLE/CERTIFICATE ISSUED**<br>Exempt from odometer reporting |
| | 06/28/2019 | Auto Auction | Fire damage reported<br>Sold at salvage auction |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

---

**CARFAX** Glossary                                                                 View Full Glossary

**Damage Indicator**
Damage can be a result of many different types of events. Examples include contact with objects (other cars, trees, traffic signs, road debris, etc), vandalism, or weather-related events. Not every damage event is reported to CARFAX. As details about the damage event become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 8/29/19 at 7:47:33 AM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**Fire Damage**
CARFAX receives information on vehicle fires from most U.S. jurisdictions. These events are taken from the actual fire department reports compiled at the scene.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Junk Title**
A Junk Title is issued on a vehicle damaged to the extent that the cost of repairing the vehicle exceeds approximately 75% of its pre-damage value. This damage threshold may vary by state. The majority of states use this title to indicate that a vehicle is not road worthy and cannot be titled again. Some states treat Junk titles the same as Salvage.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**

CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Salvage Auction Record**

Most vehicles sold at Salvage auctions were declared totaled by insurance companies. Most of these vehicles have sustained significant damage but there are some exceptions. For instance, recovered stolen vehicles are often declared a total loss regardless of the actual damage. Rebuilders and Recyclers purchase these vehicles at auction with intentions to rebuild them or dismantle them for parts.

**Title Issued**

A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

**Total Loss Vehicle**

An insurance or fleet company declares a vehicle a total loss when a claim exceeds approximately 75% of its pre-damage value or if the vehicle is stolen and not recovered. This damage threshold varies by company. These companies typically take possession and obtain the title. Not all total loss vehicles result in a DMV-reported branded title. This may occur when an insurance company's definition of a total loss is different than the state DMV's definition for a branded title or when the owner of the vehicle is a self-insured company, like a fleet or rental company.

**Follow Us:**    f **facebook.com/CARFAX**    🐦 **@CarfaxReports**

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®

© 2019 CARFAX, Inc., a unit of IHS Markit. All rights reserved.

Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512, 8,600,823; 8,595,079; 8,606,648; 7,505,838.

8/29/19 7:47:33 AM (CDT)

# Exhibit 3



# FIRE CAUSE ANALYSIS
### FIRE INVESTIGATIONS

4815 W. Savannah Lane  Boise, Idaho 83714
Office: (208)323-1822 • Email: fcaidaho@cableone.net

## INVESTIGATIVE  SUMMARY

**RE:**        ADAMS, GEORGE                    **CASE:** 195-46

**TYPE:**      Origin and Cause

**DATE:**      May 24, 2019

**CLIENT:**  State Farm Insurance

**CLAIM#:**  12-8691-G51

## NARRATIVE

Investigator – Shane Hartgrove, CFI

On May 4, 2019 the insured, George Adams suffered a fire loss to his residence located at 460 E. 2nd N. Mountain Home, Idaho.  He also suffered a fire loss to his 2007, GMC Acadia. The fire originated in the two-car garage and spread to his home.  The client requests an investigation to determine the point of origin and cause of the fire.

May 6, 2019

After receiving the case assignment from Kelley Hart with State Farm Insurance, I contacted Mr. Adams and arranged to meet with him at his home.  I then drove from Boise to the fire scene in Mountain Home, Idaho and I met with Mr. Adams.  He stated that the fire occurred on May 4, 2019.  He and his wife drove to Boise to do some shopping and returned later in the afternoon.  He was driving their 2007 GMC Acadia and did not experience any problems with the vehicle.  When they returned home, they parked the vehicle in the two-car garage and turned off the ignition.  The garage door was open and they carried their purchases into their house.  A short time later, a passerby pounded on their door and told Mr. Adams that his garage was on fire.  He ran outside and saw flames coming out from under the engine compartment.  Mr. Adams obtained a fire extinguisher and attempted to put out the fire without success.  Mountain Home Fire Department responded and suppressed the fire.

I conducted my investigation of the fire scene as defined in basic methodology per NFPA 921. I began my systematic approach from the areas of least damage to the area of greatest damage with emphasis on recognition, identification and analysis of fire and heat patterns. Throughout the scene examination the steps of the scientific method were utilized.

1

ADAMS, GEORGE                                    CASE #: 195-46

Mr. Adams stated that he purchased the 2007 GMC Acadia used, one year ago with 41,000 miles on it.  He stated that the only repair was a burned out headlight.  Mr. Adams stated that he has had the Acadia serviced seven times in the last year and it had 78,000 miles on the odometer.  I asked Mr. Adams if he noticed any problems when he was driving back to Mountain Home on the day of the fire.  He stated that there had been no problems with the Acadia.

After completing my interview with Mr. Adams, I began my scene examination.  I examined the involved vehicle and found that the fire originated in the engine compartment and damaged the grill and hood. The hood was completely destroyed. The fire extended into the passenger compartment and was heavily damaged.  I examined the engine compartment and found an extensive degree of fire damage.


Figure 1 Fire damage to the engine compartment on the 2007 Acadia

I obtained a video of the engine compartment of a 2007 GMC Acadia.  It showed the brake fluid reservoir, plastic airbox, filter and plastic air duct connected to the intake plenum. The video showed there was a large quantity of combustible materials on the driver's side of the engine compartment.  I did not find any ignition sources on the driver's side of the engine compartment, but I found a large quantity of burned and melted plastic.


Figure 2 Fuel line and return fuel line

I examined the fuel injection system and found that the intake fuel line was still intact, but the rubber portion of the fuel return line was consumed by the fire.  The fuel injection system was located inside the air plenum assembly, but I did not find evidence of a fuel leak associated with the injectors or the fuel rails.  It is likely that the fuel line and the return fuel line failed due to the fire and fuel would have escaped into the engine compartment and accelerated the intensity of the fire.

I then examined the passenger's side of the engine compartment. Combustible materials such as the plastic fuse block, plastic intake cover, wiring harness and the coolant reservoir

2

ADAMS, GEORGE                                    CASE #: 195-46

were located on the passenger's side.  I traced the electrical wires from the alternator but found no evidence of electrical arcing.  The positive battery cable from the 12-volt battery located in the passenger compartment was connected to the fuse block.  I removed the fuse block and found that the positive battery cable exhibited electrical arcing. The positive battery cable was in contact with electrical cables from the fuse block which resulted in arc damage.

I returned to my office and conducted an on-line search for recalls on the 2007, GMC Acadia.  I found two recalls regarding problems with the electrical system and potential fire hazards.  The first Recall Date was 8/28/08, Recall Number 08V441000.  "This may cause other electrical features to malfunction, create an odor, or cause smoke increasing the risk of a fire."  The second Recall Date was 6/4/10, Recall Number 10V240000.  "It is possible for the washer module to ignite and a fire may occur."

In accordance with NFPA 921, I evaluated all potential ignition sources in the area of origin to determine if they were competent.  A competent ignition source will have sufficient energy and be capable of transferring that energy to the fuel long enough to raise the fuel to its ignition temperature.

I found literally hundreds of complaints on-line from owners of GMC Acadias and the problems that they encountered.  The majority of the complaints were problems with the electrical system.  At the conclusion of my examination, I was able to determine that the fire was caused by a non-specific electrical failure in the area where the positive battery cable was connected to the fuse block that was located on the passenger's side of the engine compartment.  The electrical arcing on the battery cable is competent to ignite plastic materials that were in close proximity to the fuse block.



Figure 3 Battery cable arced to electrical cables

This fire is classified as accidental.

I will conduct no further investigation in regard to this case unless requested to do so by the client.

Respectfully,


Shane Hartgrove, CFI


3

# Exhibit 4

## Mountain Home Fire Department
### Incident Report/Run Sheet

| *Date | *Time Out | Time In | *City | Incident # | NFIRS # |
|---|---|---|---|---|---|
| 5-3-19 | 8:00 Pm | 11:00 Pm | *Rural | C-31 | 031 |

| Structure Fire | Haz-Mat | Vehicle | Gas Leak | False Alarm | Wildland | Rescue |
|---|---|---|---|---|---|---|

**\*Location of Incident:** 459 E 2N    **Latitude:**         **Longitude:**

**\*Resident/Driver/Business Name:** Caron Adams

**\*Address:** 450 E 2N        Appt. #        Phone: 208·599-3881

**Owner/Company Name:**

Address:            Appt. #        Phone:

**Vehicle/Equipment Info:**

Make: Gmc    Model:        Type: Arcdia

Serial/Vin #: 1GKEV23767KK800 Year: 2001    License. #        State: ID

**Insurance Information:**

Insurance Co.        Policy#        Name on Policy

**Fire Information:**

Area of Origin:            Ignition Source:        % of Damage   25 – 50 – 75 – 100

Building Size: _____ X _____    # of Acres Burned:        # of Structures Involved:

| Detectors Activated | Did Not Activate | Alerted Occupant | None on Location |
|---|---|---|---|

### SUPPRESSION FACTORS

| Wind Driven | Hazards | Blocked Access | Power Lines | Fuel Load | Traffic Delay |
|---|---|---|---|---|---|

### *RESPONDERS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BALDWIN | CORBUS C | HART ✓ | LARSEN ✓ | NICOLOSI ✓ | ROGERS ✓ | TINDALL | ✓ |
| BERGH | DOWNEN | HURLEY ✓ | LAWLER ✓ | PATRICK | SANDBERG 9 ✓ | VANMEER C | ✓ |
| BERNAL ✓ | FLETCHER ✓ | JACKSON | MOORE | REED | SEXAUER | VANMEER R | ✓ |
| BUEHLER | GARVEY | KAUFMAN ✓ | NEUER ✓ | ROBERTS | SHOCKEY 12 | WALLAERT | ✓ |
| CORBUS B | GUILLEN ✓ | | | | | YOUNG | ✓ |

(19)

### *APPARATUS

| E-8 ✓ | E-9 ✓ | E-10 ✓ | E-12 | TRK 1 | SQD 1 | SQD 2 ✓ | |
|---|---|---|---|---|---|---|---|
| E-14 | E-15 | TND 2 | TND 3 | BT 1 | BT 2 | BT 3 | BT 4 |

### *REPORT INFORMATION

Sexauer 1 hr

**\* CALL REPORTED AS:** Car Fire in garage

**\* CALL INFORMATION:**

Fully engulfed car in garage
Started in side garage car + boat in side
damage to house and front office.
Bud Adams Ret from Boise Around 7:30 Parcked the Car
in garage and started the fire

**\*Report Completed By:** Tophen    **\* Officer in Charge:** 621

\* These items must be completed on every incident log        See Notes on Back: _____

**A**

| FDID | State | Incident Date | Station | Incident Number | Exposure | |
|---|---|---|---|---|---|---|
| 39301 | ID | MM 05 DD 03 YYYY 2019 | | 0000031 | 0 | NFIRS - 1 Basic |

**B** Location

| Address Type | Number/Milepost | Prefix | Street or Highway | Street Type | Suffix |
|---|---|---|---|---|---|
| 1 - Street address | 450 | East | 2nd | North | |

| Apt./Suite/Room | City | State | Zip Code |
|---|---|---|---|
| | Mountain Home | ID | 83647 |

Census Tract

Cross street or directions, as applicable

**C** Incident Type

111 - Building fires
Incident Type

**D** Aid Given or Received

| Their FDID | Their State | Their Incident Number |
|---|---|---|
| | | |

N - None
Type Aid Given or Recieved

**E₁** Dates & Times                     Midnight is 0000

| | Month | Day | Year | Hour | Min | Seconds |
|---|---|---|---|---|---|---|
| Alarm | 05/03/2019 | | | 20:02 | | |
| Arrival | 05/03/2019 | | | 20:10 | | |
| Controlled | | | | | | |
| Last Unit Cleared | 05/03/2019 | | | 21:55 | | |

**E₂** Shifts & Alarms     Local Option

| Shift or platoon | Alarms | District |
|---|---|---|

**E₃** Special Studies     Local Option

| Special Study ID# | Special Study Value |
|---|---|

**F** Actions Taken

81 - Incident command
11 - Extinguish
? - Salvage & overhaul

Actions Taken

**G₁** Resources

☒ Check this box and skip this section if an Apparatus or Personnel form is used.

| | Apparatus | Personnel |
|---|---|---|
| Suppression | 5 | 19 |
| EMS | 0 | 0 |
| Other | 0 | 0 |

☒ Check box if resource counts include aid received resources.

**G₂** Estimated Dollar Losses & Values

LOSSES: Required for all fires if known. Optional for non fires.

| Property | $ | 75000 |
|---|---|---|
| Contents | $ | 50000 |

PRE-INCIDENT VALUE: Optional

| Property | $ | |
|---|---|---|
| Contents | $ | |

**H₁** Casualties

| | Deaths | Injuries |
|---|---|---|
| Fire Service | 0 | 0 |
| Civilian | 0 | 0 |

**H₂** Detector     U - Unknown

**H₃** Hazardous Materials Release     N - None

**I** Mixed Use Property

**J** Property Use     419 - 1 or 2 family dwelling

**K₁** Person/Entity Involved

| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |
|---|---|---|---|---|
| | Bud | | Adams | |

| Number | Prefix | Street or Highway | Street Type | Suffix |
|---|---|---|---|---|
| 450 | East | 2nd | North | |

| Post Office Box | Apt./Suite/Room | City | |
|---|---|---|---|
| | | Mountain Home | |

| State | Zip Code | Business name (if applicable) | Area Code | Phone Number |
|---|---|---|---|---|
| ID | 83647 | | 208 | 5993881 |

**K₂** Owner

| Ms., Mrs. | First Name | MI | Last Name | Suffix |
|---|---|---|---|---|

| Number | Prefix | Street or Highway | Street Type | Suffix |
|---|---|---|---|---|

| Post Office Box | Apt./Suite/Room | City | |
|---|---|---|---|

| State | Zip Code | Business name (if applicable) | Area Code | Phone Number |
|---|---|---|---|---|

**A**

| 39301 | | ID | | MM DD YYYY 05/03/2019 | | 0000031 | | 0 | | NFIRS - 2 Fire |
| FDID | | State | | Incident Date | | Station | | Incident Number | | Exposure | | |

**B** Property Details

**B₁**  1   | N | Not Residential
Estimated number of
residential living units
in building of origin

**B₂**
Number of buildings involved

**B₃**
Acres burned (outside fires)

**C** On-Site Materials
or Products

On-site materials

On-site materials use

**D** Ignition

**D₁**  47 - Vehicle storage area; g
Area of fire origin

**D₂**  UU - Undetermined
Heat source

**D₃**  UU - Undetermined
Item first ignited

**D₄**  UU - Undetermined
Type of material first ignited

Confined to object of origin

**E₁** Cause of Ignition

U - Cause undetermined after inv
Cause of ignition

**E₂** Factors Contributing To Ignition

UU - Undetermined

Factors contributing to ignition

**E₃** Human Factors
Contributing To Ignition

N - None

Estimated age of
person involved

Gender of person
involved

**F₁** Equipment Involved In Ignition

Equipment Involved

Brand

Model

Serial #

Year

**F₂** Equipment Power

Equipment power source

**F₃** Equipment Portability

Equipment portability

**G** Fire Suppression Factors

Fire suppression factors

**H₁** Mobile Property Involved

Mobile property involved

**H₂** Mobile Property Type & Make

Mobile property type

Mobile property make

Mobile property model

Year

License plate number

State

VIN number

Local Use

| A | | | | | | | | | | NFIRS-3 |
|---|---|---|---|---|---|---|---|---|---|---|

**A** | 39301 | | ID | | MM 05 / DD 03 / YYYY 2019 | | | 0000031 | | 0 | NFIRS-3 Structure Fire
FDID | State | Incident Date | | Station | Incident Number | Exposure

**Structure Type**

1 - Enclosed building
Structure type

**I3 Building Height**

1
Total number of stories at or above grade

**I4 Main Floor Size**

2500
Total square feet

OR

_____ BY _____
Length in feet    Width in feet

**I2 Building Status**

2 - In normal use
Building status

0
Total number of stories below grade

---

**J1 Fire Origin**

1
Story of fire origin

**J3 Number of Stories Damaged By Flame**

0    Number of stories w/ minor damage (1 to 24% flame damage)

0    Number of stories w/ significant damage (25 to 49% flame damage)

1    Number of stories w/ heavy damage (50 to 74% flame damage)

0    Number of stories w/ extreme damage (75 to 100% flame damage)

**K Material Contributing Most To Flame Spread**

**K1**
Item contributing most to flame spread

**K2**
Type of material contributing most to flame spread

**J2 Fire Spread**

3 - Confined to floo
Fire spread

---

**L1 Presence of Detectors**

N - None Present
Presence of detectors

**L3 Detector Power Supply**

Detector power supply

**L5 Detector Effectiveness**

Detector effectiveness

**L2 Detector Type**

Detector type

**L4 Detector Operation**

Detector operation

**L6 Detector Failure Reason**

Detector failure reason

---

**M1 Presence of Automatic Extinguishment System**

N - None Present
Presence of automatic extinguishment system (AES)

**M3 Automatic Extinguishment System Operation**

Automatic extinguishment system operation

**M5 Automatic Extinguishment System Failure Reason**

Automatic extinguishment system failure reason

**Type of Automatic Extinguishment System**

Type of automatic extinguishment system

**M4 Number of Sprinkler Heads Operating**

Number of sprinkler heads operating

| A | | | MM    DD    YYYY | | | | | |
|---|---|---|---|---|---|---|---|---|
| 39301 | ID | 05/03/2019 | | | 0000031 | | 0 | NFIRS |
| FDID | State | Incident Date | Station | | Incident Number | | Exposure | Remarks |

Remarks

Fire in detached garage. Appears to have started in parked vehicle inside garage.

M    Authorization

| 1621 | Rick    Vanmeer | Bat Chief | IC | | | | |
|---|---|---|---|---|---|---|---|
| Officer in charge ID | Signature | Position or rank | Assignment | Month | Day | Year | |

| | Brian    Reed | Marshal | | | | | |
|---|---|---|---|---|---|---|---|
| Member making report ID | Signature | Position or rank | Assignment | Month | Day | Year | |

# Exhibit 5

John R. MacMillan, IBN#9959
Christine L. Reinert, IBN#9143
MacMillan, Scholz, and Marks, P.C.
900 SW Fifth Avenue, Suite 1800
Portland, OR 97232
Office: (503) 224-2165
Facsimile: (503) 224-0348
E: jmacmillan@msmlegal.com
E: creinert@msmlegal.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, as subrogee of George Adams, | ) ) ) |
| Plaintiff, | ) Case No.: 2:19-cv-00138-RSM ) |
| vs. | ) PLAINTIFF'S RESPONSE TO GENERAL ) MOTORS LLC'S FIRST SET OF |
| GENERAL MOTORS, LLC, a Delaware corporation. | ) DISCOVERY REQUESTS ) ) |
| Defendant | ) ) |

State Farm Fire and Casualty Company, as subrogee of George Adams ("Plaintiff") responds to Defendant General Motors LLC's ("Defendant ") First Set of Discovery Requests as follows:

**GENERAL OBJECTIONS**

Plaintiff objects to all interrogatories and responses to the extent defendant seeks information protected by the attorney-client privilege and work product doctrine.

Plaintiff objects to any portion of these interrogatories and responses that contain instructions, directions, provisions or definitions that are overly broad, vague, inconsistent with, or more onerous than the requirements of state and local rules.

MacMillan, Scholz & Marks, P.C.
ATTORNEYS AT LAW
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON  97204
TELEPHONE (503) 224-2165

Plaintiff objects to these interrogatories and responses to the extent they require plaintiff to respond on behalf of other entities and individuals.  As such, plaintiff's responses contained herein are limited to responses on plaintiff's behalf alone.

Plaintiff objects to these interrogatories and requests to the extent they are vague, overly broad, unduly burdensome and/or unlimited in time and scope.

Plaintiff objects to these interrogatories and requests to the extent they are not reasonably calculated to lead to the discovery of admissible evidence.

Plaintiff's investigation and discovery are continuing.  Plaintiff therefore reserves the right to supplement its responses after additional discovery has taken place.

## INTERROGATORIES

INTERROGATORY NO. 1:  Identify all Persons (including your Insured, Plaintiff or any employee, representative, agent, contractor or expert of Plaintiff) who have examined and/or inspected the Subject Vehicle and/or the scene of the Incident on or after the date of the Incident. Please specify the date, location and purpose of each inspection or examination of the Subject Vehicle or Incident scene.

**RESPONSE:** Objection. Plaintiff objects to this interrogatory as overly broad, vague, unduly burdensome. Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this interrogatory on the ground that the information sought is premature prior to the completion of discovery in this matter. Pursuant to FRCP Rule 26(b)(3) & (4), Plaintiff also objects to this request to the extent it seeks information protected by the work product doctrine, attorney client privilege or seeks disclosure of the identity of non-testifying consulting experts.  Further, Plaintiff has not determined what expert it will call to testify at trial. This response will be supplemented pursuant to the Court's Scheduling Order and the Federal Rules of Civil Procedure. Finally, this

**MacMillan, Scholz & Marks, P.C.**
**ATTORNEYS AT LAW**
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON  97204
TELEPHONE (503) 224-2165

1    information can be derived from the documents served contemporaneously with these responses

2    and documents previously provided to counsel for Defendant.

3        Without waiving said objections,

4    George ("Bud") Adams
     c/o Christine Reinert
5    MacMillan, Scholz, & Marks P.C.
     900 SW Fifth Ave. Ste 1800
6    Portland, OR 97204

7        G. Adams owned the vehicle and drove it prior to it malfunctioning and burning. He will

8    testify to purchase, care, use, and the fire itself. He will also testify to amounts received from

9    State Farm.

10   Caron Adams
     c/o Christine
11   Reinert
     MacMillan, Scholz, & Marks P.C.
12   900 SW Fifth Ave. Ste 1800
     Portland, OR 97204
13

14       C. Adams is Plaintiff's wife.  She was with G. Adams when the fire was discovered. She

15   will testify to her observations.

16   Rick Vanmeer
     Mountain Home Fire Department
17   220 S. 2nd E.
     Mountain Home, ID 83647
18

19       Vanmeer is the Battalion Chief of the Mountain Home Fire Department.  Vanmeer

20   responded to the fire and can testify to his investigation, including observations made at the

21   scene of the fire.

22   Brian Reed
     Mountain Home Fire Department
23   220 S. 2nd E.
     Mountain Home, ID 83647
24

25

Page    3 – PLAINTIFF'S RESPONSE TO GENERAL MOTORS LLC'S FIRST SET OF DISCOVERY REQUESTS

Reed is the Marshall of the Mountain Home Fire Department.  Reed investigated the fire and can testify to his investigation, including observations made at the scene of the fire.

Shane Hartgrove
Fire Cause Analysis
Fire Investigations
4815 W Savannah Lane
Boise, ID 83714


Hartgrove investigated the fire and examined the subject vehicle. He will testify to his investigation, including observations, photographs and determinations as to causation made after examining the at the scene of the fire and the subject vehicle.

INTERROGATORY NO. 2:  Identify all Persons (including your Insured, Plaintiff or any employee, representative, agent, contractor or expert of Plaintiff), who took photographs or video footage of the Subject Vehicle or the scene of the Incident on or after the date of the Incident.

**RESPONSE:** Objection. Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this interrogatory on the ground that the information sought is premature prior to the completion of discovery in this matter. Pursuant to FRCP Rule 26(b)(3) & (4), Plaintiff also objects to this request to the extent it seeks information protected by the work product doctrine, attorney client privilege or seeks disclosure of the identity of non-testifying consulting experts.   This response will be supplemented pursuant to the Court's Scheduling Order and the Federal Rule of Civil Procedure. Without waiving said objections,

George and Caron Adams
c/o Christine Reinert
MacMillan, Scholz, & Marks P.C.
900 SW Fifth Ave. Ste 1800
Portland, OR 97204
//

//

//

MacMILLAN, SCHOLZ & MARKS, P.C.
ATTORNEYS AT LAW
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON  97204
TELEPHONE (503) 224-2165

Andrew Perttula (or other Servpro employee)
ServPro
1561 Eldridge Ave.
Twin Falls, ID 83301

Shane Hartgrove
Fire Cause Analysis
Fire Investigations
4815 W Savannah Lane
Boise, ID 83714

INTERROGATORY NO. 3:  Identify the date on which your Insured surrendered title to the Subject Vehicle after the Accident and identify the person to whom title to the Subject Vehicle was surrendered.

RESPONSE: Objection. Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this interrogatory on the ground that the information sought is premature prior to the completion of discovery in this matter. Pursuant to FRCP Rule 26(b)(3) & (4), Plaintiff also objects to this request to the extent it seeks information protected by the work product doctrine, attorney client privilege or seeks disclosure of the identity of non-testifying consulting experts.  This response will be supplemented pursuant to the Court's Scheduling Order and the Federal Rules of Civil Procedure. Without waiving said objections, the vehicle was sold at a salvage auction on or around May 27, 2019.

INTERROGATORY NO. 4:  Identify any portion of the Subject Vehicle, including any component part or portion thereof, that has been preserved as evidence in this case and identify the date on which such evidence was preserved, the person(s) who preserved such evidence, and the current custodian of and location of such evidence.

RESPONSE: As discussed with counsel, the vehicle was sold for salvage.

INTERROGATORY NO. 5:  Other than any evidence identified in response to Interrogatory No. 4 above, identify any and all items, materials or other evidence from the scene of the Incident

MacMILLAN, SCHOLZ & MARKS, P.C.
ATTORNEYS AT LAW
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON  97204
TELEPHONE (503) 224-2165

1    that have been preserved as evidence in this case and identify the date on which such evidence

2    was preserved, the person(s) who preserved such evidence, and the current custodian and

3    location of such evidence.

4        **RESPONSE:** Objection. Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this

5    interrogatory on the ground that the information sought is premature prior to the completion of

6    discovery in this matter. Pursuant to FRCP Rule 26(b)(3) & (4), Plaintiff also objects to this

7    request to the extent it seeks information protected by the work product doctrine, attorney client

8    privilege or seeks disclosure of the identity of non-testifying consulting experts.  This response

9    will be supplemented pursuant to the Court's Scheduling Order and the Federal Rules of Civil

10   Procedure. Without waiving said objections, Plaintiff identifies the following items, materials

11   and evidence:

12       May 4, 2019

13           • Mountain Home Fire Department Incident Report/Run Sheet

14       May 6, 2019

15           • Fire Cause Analysis investigation commences

16           • Scene photographed.  Note that said photographs have already been produced

17       May 22, 2019

18           • Vehicle inspected at Insurance Auto Auctions in Meridian, Idaho

19           • Vehicle photographs as part of Fire Cause Analysis' investigation

20       May 23, 2019

21               • Fire Cause Analysis prepared narrative report which will be produced.

22       Discovery is ongoing, and this request may be amended and/or supplemented should

23   additional non-privileged information and/or documents be discovered.

24   INTERROGATORY NO. 6:  Identify all persons who witnessed the Incident or any portion

25   thereof, including a brief description, to the extent known, of what each person witnessed.

**MacMillan, Scholz & Marks, P.C.**
**ATTORNEYS AT LAW**
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON  97204
TELEPHONE (503) 224-2165

**RESPONSE:** Objection. Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this interrogatory on the ground that the information sought is premature prior to the completion of discovery in this matter. Pursuant to FRCP Rule 26(b)(3) & (4), Plaintiff also objects to this request to the extent it seeks information protected by the work product doctrine, attorney client privilege or seeks disclosure of the identity of non-testifying consulting experts.   This response will be supplemented pursuant to the Court's Scheduling Order and the Federal Rule of Civil Procedure. Without waiving said objections,

George and Caron Adams
c/o Christine
Reinert
MacMillan, Scholz, & Marks P.C.
900 SW Fifth Ave. Ste 1800
Portland, OR 97204

George and Caron Adams had just returned home, parked the car and entered their home. They came upon the scene after the fire broke out and can testify to their observations.

Tyler McCluskey
c/o Christine
Reinert
MacMillan, Scholz, & Marks P.C.
900 SW Fifth Ave. Ste 1800
Portland, OR 97204

McClusky is a witness who passed by the Adams' home and first alerted the Adams to the fire and can testify as to his observations.

INTERROGATORY NO. 7:  Identify any and all maintenance, repair, modifications, alterations, or other work performed on the Subject Vehicle from the date on which your insured purchased the Subject Vehicle through the date of the Incident, including the identification of all persons who performed any such maintenance, repair, modification, alteration, or other work on the Subject Vehicle and the date on which such work was performed.

MACMILLAN, SCHOLZ & MARKS, P.C.
ATTORNEYS AT LAW
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON 97204
TELEPHONE (503) 224-2165

**RESPONSE:** Objection. Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this interrogatory on the ground that the information sought is premature prior to the completion of discovery in this matter. Pursuant to FRCP Rule 26(b)(3) & (4), Plaintiff also objects to this request to the extent it seeks information protected by the work product doctrine, attorney client privilege or seeks disclosure of the identity of non-testifying consulting experts. Plaintiff has not determined what expert(s) it will call to testify at trial. This response will be supplemented pursuant to the Court's Scheduling Order and the Federal Rule of Civil Procedure. Subject to and without waiving the foregoing objections,

- George Adams. Adams performed maintenance on the vehicle, including oil changes at:

    Jiffy Lube
    1206 Broadway Ave
    Boise, ID 83706

Adams confirmed that no other work was performed on the vehicle and there were no indications that any repairs were required.

INTERROGATORY NO. 8: With respect to your claims that the Subject Vehicle was defective, identify: each and every specific part and/or component or system of the Subject Vehicle that you allege to be defective; all facts upon which you base each defect allegation; the name and address of each and every witness who has knowledge in support of the defect allegations and/or whom you intend to call at trial to prove such allegations, including a brief summary of the information and/or knowledge each witness possesses.

**RESPONSE:** Objection. Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this interrogatory on the ground that the information sought is premature prior to the completion of discovery in this matter. Further, Plaintiff objects to any request to the extent it seeks information equally available to Defendant via its own resources. Also, this interrogatory seeks the legal

**MacMILLAN, SCHOLZ & MARKS, P.C.**
**ATTORNEYS AT LAW**
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON 97204
TELEPHONE (503) 224-2165

reasoning and theories of plaintiff's contentions. Plaintiff is not required to prepare the Defendant's case. Pursuant to FRCP Rule 26(b)(3) & (4), Plaintiff also objects to this request to the extent it seeks information protected by the work product doctrine, attorney client privilege or seeks disclosure of the identity of non-testifying consulting experts.  Plaintiff has not determined what expert(s) it will call to testify at trial. This response will be supplemented pursuant to the Court's Scheduling Order and the Federal Rule of Civil Procedure. Finally, this information can be derived from the documents served contemporaneously with these responses and documents previously provided to counsel for Defendant.

Without waiving the foregoing objections, please see Shane Hartgrove's (Fire Cause Analysis) report.

INTERROGATORY NO. 9:  Identify each person who you intend to call as an expert witness pursuant to Fed. R. Civ. P. 26(a)(2).

**RESPONSE:** Objection. Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this interrogatory on the ground that the information sought is premature prior to the completion of discovery in this matter. Plaintiff has not yet determined what expert witnesses it intends to call at trial or any hearings.  This response will be supplemented pursuant to the Court's Scheduling Order and the Federal Rule of Civil Procedure.

INTERROGATORY NO. 10:  Identify and describe the nature of your Insured's "business" referenced in paragraphs 7, 12, and 13 of the Complaint, including the location of the business, all owner(s) of the business, and type of work the business has conducted since the business was founded through the present date.

**RESPONSE:** Objection. Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this interrogatory on the ground that the information sought is premature prior to the completion of discovery in this matter. Plaintiff also objects as this request is overly broad.  This response will

**MacMILLAN, SCHOLZ & MARKS, P.C.**
**ATTORNEYS AT LAW**
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON  97204
TELEPHONE (503) 224-2165

be supplemented pursuant to the Court's Scheduling Order and the Federal Rule of Civil Procedure. Without waiving the foregoing objections, the "business" was a separate structure leased as office space. State Farm' insured collected $600.00 per month in rent.

INTERROGATORY NO. 11:  Identify each and every person who is or was an employee, representative, agent, or contractor of Plaintiff or other person retained by Plaintiff who had any communication with your Insured relating to the Incident, including the dates and brief description of the substance of all such communications.

**RESPONSE:** Objection. Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this interrogatory on the ground that the information sought is premature prior to the completion of discovery in this matter. Pursuant to FRCP Rule 26(b)(3) & (4), Plaintiff also objects to this request to the extent it seeks information protected by the work product doctrine, attorney client privilege or seeks disclosure of the identity of non-testifying consulting experts.  Further, Plaintiff objects to this interrogatory as overly broad, vague, unduly burdensome. Finally, this information can be derived from the documents served contemporaneously with these responses and documents previously provided to counsel for Defendant.

Subject to and without waiving the foregoing objections, State Farm's insured spoke with many adjusters from State Farm, but adjusters assigned to the adjustment of the claim were:

Eric Vane
State Farm Insurance
c/o Christine Reinert
MacMillan, Scholz, & Marks P.C.
900 SW Fifth Ave. Ste 1800
Portland, OR 97204

Vane was the fire claims adjuster on the file and can testify to how the claim was investigated and adjusted. Vane can also testify to subrogation efforts made.

Kelley Hart
State Farm Insurance

MacMillan, Scholz & Marks, P.C.
ATTORNEYS AT LAW
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON  97204
TELEPHONE (503) 224-2165

c/o Christine Reinert
MacMillan, Scholz, & Marks P.C.
900 SW Fifth Ave. Ste 1800
Portland, OR 97204

Hart was a claims adjuster on the file and can testify to how the claim was investigated and adjusted. Hart can also testify to subrogation efforts made.

Andrew Perttula
ServPro
1561 Eldridge Ave.
Twin Falls, ID 83301

Perttula is the general manager of Servpro of Twin Falls & Jerome Counties.  He can testify to the post-fire repairs including his observations made of the fire damage.

INTERROGATORY NO. 12:  Identify all documents, communications, and other information upon which you based your assessment of your Insured's claims under the Insurance Policies relating to the Incident, including all documents, communications and other information upon which you based your valuation of your Insured's damages and your determination of the amount of insurance proceeds to pay your Insured for the alleged damages resulting from the Incident.

**RESPONSE:** Plaintiff objects to this Request as overbroad, unduly, vague and unduly burdensome. Pursuant to FRCP Rule 26(b)(3) & (4), Plaintiff also objects to this request to the extent it seeks information protected by the work product doctrine, attorney client privilege or seeks disclosure of the identity of non-testifying consulting experts. The information requested can be derived from the documents served contemporaneously with these responses and documents previously provided to counsel for Defendant.

Plaintiff insured the Adams pursuant policy nos.'s 12-01-6974-2 and 93-BH-Q667-1 on the date of loss.  Damages were calculated utilizing information and documents from State

Page 11 – PLAINTIFF'S RESPONSE TO GENERAL MOTORS LLC'S FIRST SET OF DISCOVERY REQUESTS

**MacMillan, Scholz & Marks, P.C.**
**ATTORNEYS AT LAW**
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON 97204
TELEPHONE (503) 224-2165

Farm's own agents and representatives, Servpro of Twin Falls & Jerome Counties; and Servpro of Wood River Valley and other professionals as outlined in the damage documentation.

Damage documentation and supports will be provided to Defendant GM during discovery, and will consist of the following: a statement of loss, photographs, demolition and abatement documents, miscellaneous direct costs and water damage documents, surface and signage documents, business income and rents documents and copies of payment checks.

<u>INTERROGATORY NO. 13</u>:  Identify all items of your Insured's personal property that were allegedly damaged as a result of the Incident, and the approximate value of each item.

**RESPONSE:** Plaintiff objects to this Request as overbroad, unduly, vague and unduly burdensome. Pursuant to FRCP Rule 26(b)(3) & (4), Plaintiff also objects to this request to the extent it seeks information protected by the work product doctrine, attorney client privilege or seeks disclosure of the identity of non-testifying consulting experts.

The information requested can be derived from the documents served contemporaneously with these responses and documents previously provided to counsel for Defendant. Specifically, please review the Contents Inventory.

<u>INTERROGATORY NO. 14</u>:  Explain how you determined that your Insured "suffered damage to his real property in the amount of $313,524.87" and "damage to his business structure in the amount of $176,970.00" as alleged in the Complaint in paragraphs 10 and 13, including how you calculated such damage amounts, and identify all documents, communications and other information upon which you based your calculations.

**RESPONSE:** See Response to Interrogatory No. 12.

<u>INTERROGATORY NO. 15</u>:  Based upon all information known to you and your Insured, describe in detail how the Incident occurred, listing all relevant events in the chronological order in which they occurred.

MacMILLAN, SCHOLZ & MARKS, P.C.
ATTORNEYS AT LAW
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON  97204
TELEPHONE (503) 224-2165

1   **RESPONSE:** Objection. Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this

2   interrogatory on the ground that the information sought is premature prior to the completion of

3   discovery in this matter. Plaintiff also objects to this Request as overbroad, unduly, vague and

4   unduly burdensome. Pursuant to FRCP Rule 26(b)(3) & (4), Plaintiff also objects to this request

5   to the extent it seeks information protected by the work product doctrine, attorney client

6   privilege or seeks disclosure of the identity of non-testifying consulting experts.  Some of the

7   requested information requested can be derived from the documents served contemporaneously

8   with these responses and documents previously provided to counsel for Defendant. Further,

9   Subject to and without waiving the foregoing, objections,

10   May 4, 2019: George and Caron Adams left their home in their 2007 GMC Acadia to go

11   shopping in Boise, ID. The Adams experienced no issues with the vehicle.  When they returned

12   home, they parked the vehicle in their two-car garage and turned off the ignition.  They did not

13   close the garage door as they carried their purchases into the home.  A short time later, a

14   unidentified passerby pounded on the door informing the Adams that the garage was on fire. Mr.

15   Adams ran outside and observed flames coming out from under the engine compartment of his

16   vehicle. Mr. Adams attempted to put out the fire without success.  Mr. Adamas called the

17   emergency services and the Mountain Home Fire Department responded and put out the fire.

18   Further, see Shane Hartgrove's (Fire Cause Analysis) report.

19   Discovery is ongoing, and this request may be amended and/or supplemented should additional

20   non-privileged information and/or documents be discovered.

21   INTERROGATORY NO. 16:  Identify all documents, communications, and other information

22   upon which you based your determination that the fire involved in the Incident originated in the

23   Subject Vehicle.

24   **RESPONSE:** Objection. Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this

25   interrogatory on the ground that the information sought is premature prior to the completion of

MacMILLAN, SCHOLZ & MARKS, P.C.
ATTORNEYS AT LAW
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON  97204
TELEPHONE (503) 224-2165

discovery in this matter. Plaintiff also objects to this Request as overbroad, unduly, vague and unduly burdensome. Pursuant to FRCP Rule 26(b)(3) & (4), Plaintiff also objects to this request to the extent it seeks information protected by the work product doctrine, attorney client privilege or seeks disclosure of the identity of non-testifying consulting experts.  Some of the requested information requested can be derived from the documents served contemporaneously with these responses and documents previously provided to counsel for Defendant. Plaintiff also objects as much of the information sought is equally available to Defendant.  Further, Defendant may be in the best position to determine why the fire involved in the incident originated in the subject vehicle. Subject to and without waiving the foregoing, objections,

- Mountain Home Fire Department Incident Report/Run Sheet;
- Insured and other witness testimony;
- Investigative Summary, Fire Cause Analysis;
- See photos, log notes, etc. served contemporaneously with these responses and documents previously provided to counsel for Defendant.

Discovery is ongoing, and this request may be amended and/or supplemented should additional non-privileged information and/or documents be discovered.

INTERROGATORY NO. 17:  Identify all other potential fire origin sources considered and/or analyzed by Plaintiff or any employee, representative, agent, contractor or expert of Plaintiff, and state how and why each potential fire origin source was ruled out.

RESPONSE: Objection. Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this interrogatory on the ground that the information sought is premature prior to the completion of discovery in this matter. Plaintiff also objects to this Request as overbroad, unduly, vague and unduly burdensome. Pursuant to FRCP Rule 26(b)(3) & (4), Plaintiff also objects to this request to the extent it seeks information protected by the work product doctrine, attorney client privilege or seeks disclosure of the identity of non-testifying consulting experts.  Some of the

MacMILLAN, SCHOLZ & MARKS, P.C.
ATTORNEYS AT LAW
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON  97204
TELEPHONE (503) 224-2165

requested information requested can be derived from the documents served contemporaneously with these responses and documents previously provided to counsel for Defendant. Without waiving these objections, see Response to Interrogatory No. 17.

Discovery is ongoing, and this request may be amended and/or supplemented should additional non-privileged information and/or documents be discovered.

INTERROGATORY NO. 18:  Identify all personal property and other items that were being stored in the garage at your Insured's residence where the Subject Vehicle was parked on the date of the Incident.

RESPONSE: Plaintiff objects to this Request as overbroad, unduly, vague and unduly burdensome. Some of the requested information requested can be derived from the documents served contemporaneously with these responses and documents previously provided to counsel for Defendant. See Contents Inventory.

## REQUESTS FOR PRODUCTION

## GENERAL OBJECTIONS

Plaintiff objects to any request to the extent it seeks information protected by the attorney-client privilege, work-product privilege, or any other applicable privilege.

Plaintiff objects to any portion of defendant's Request for Production which contains instructions, directions or provisions inconsistent with or more onerous than the requirements of the Federal Rule of Civil Procedure governing discovery in Idaho courts.

Plaintiff objects to any request to the extent it seeks the production of documents that are not currently in its possession, custody or control.

Plaintiff objects to any request to the extent it seeks documents or information equally available to defendant via its own resources.

MacMillan, Scholz & Marks, P.C.
ATTORNEYS AT LAW
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON 97204
TELEPHONE (503) 224-2165

1    Plaintiff objects to any request that is vague, ambiguous, and/or unlimited in time and

2    scope.

3    Plaintiff objects to any request to the extent it seeks documents that are not reasonably

4    calculated to lead to the discovery of admissible evidence.

5    **SPECIFIC RESPONSES**

6    REQUEST FOR PRODUCTION NO. 1:  All documents identified in your responses to GM

7    LLC's Interrogatories above, including without limitation, all documents and communications

8    identified in your responses to Interrogatory Nos. 12, 14, and 16 above.

9    **RESPONSE:** Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this request on the

10    ground that the information sought is premature prior to the completion of discovery in this

11    matter. Discovery is ongoing, and this response may be amended and/or supplemented should

12    additional non-privileged, responsive documents be discovered. Pursuant to FRCP Rule 26(b)(3)

13    & (4), Plaintiff also objects to this request to the extent it seeks information protected by the

14    work product doctrine, attorney client privilege or seeks disclosure of the identity of non-

15    testifying consulting experts. Plaintiff objects to this request to the extent it seeks the production

16    of documents that are not currently in its possession, custody or control. Plaintiff objects to this

17    request to the extent it seeks documents or information equally available to defendant via its own

18    resources.

19    REQUEST FOR PRODUCTION NO. 2:  Produce copies of any and all photographs and video

20    footage taken on the date of the Incident or anytime thereafter of the Subject Vehicle, any

21    components of the Subject Vehicle, the scene of the Incident, and/or any real or personal

22    property of your Insured that you claim was damaged as a result of the Incident.

23    **RESPONSE:** Objection. Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this

24    interrogatory on the ground that the information sought is premature prior to the completion of

25    discovery in this matter. Discovery is ongoing, and this response may be amended and/or

**MacMILLAN, SCHOLZ & MARKS, P.C.**
**ATTORNEYS AT LAW**
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON  97204
TELEPHONE (503) 224-2165

1  supplemented should additional non-privileged, responsive documents be discovered. Pursuant

2  to FRCP Rule 26(b)(3) & (4), Plaintiff also objects to this request to the extent it seeks

3  information protected by the work product doctrine, attorney client privilege or seeks disclosure

4  of the identity of non-testifying consulting experts. Plaintiff objects to this request to the extent it

5  seeks the production of documents that are not currently in its possession, custody or control.

6  Subject to and without waiving these objections, Plaintiff has previously produced to Defendant

7  all photographs in its possession, custody and control. If counsel would like Plaintiff to produce

8  these again, please advise.

9  REQUEST FOR PRODUCTION NO. 3:  Produce copies of photographs and any video footage

10  taken prior to the Incident of the real and personal property of your Insured that you claim was

11  damaged as a result of the Incident.

12       **RESPONSE**: Objection. Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this

13  interrogatory on the ground that the information sought is premature prior to the completion of

14  discovery in this matter. Discovery is ongoing, and this response may be amended and/or

15  supplemented should additional non-privileged, responsive documents be discovered. Plaintiff

16  objects to this request to the extent it seeks the production of documents that are not currently in

17  its possession, custody or control.  Subject to and without waiving these objections, neither

18  Plaintiff or its insured's have any such photographs or video footage.

19  REQUEST FOR PRODUCTION NO. 4:  Produce copies of all documents that reflect or

20  evidence any maintenance, repairs, modifications or alterations of any type that were made to the

21  Subject Vehicle at any time from the date on which your insured purchased the Subject Vehicle

22  through the date of the Incident.

23       **RESPONSE:** Objection. Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this

24  interrogatory on the ground that the information sought is premature prior to the completion of

25  discovery in this matter.  Discovery is ongoing, and this response may be amended and/or

**MacMILLAN, SCHOLZ & MARKS, P.C.**
**ATTORNEYS AT LAW**
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON 97204
TELEPHONE (503) 224-2165

supplemented should additional non-privileged, responsive documents be discovered. Plaintiff objects to this request to the extent it seeks the production of documents that are not currently in its possession, custody or control.  Subject to and without waiving these objections, Adam's vehicle records were destroyed in the fire. In an effort to comply with this request, Adams is investigating if duplicate documents can be obtained. Any non-privileged, responsive documents will be produced in a reasonable time.

REQUEST FOR PRODUCTION NO. 5:  Produce copies of all documents related to the purchase of the Subject Vehicle by your Insured, including any documents – such as an owners' manual – that were provided to your Insured at the time of the purchase.

**RESPONSE**: See Response to Request No. 4.

REQUEST FOR PRODUCTION NO. 6:  Produce copies of all documents, communications and/or other information that you contend support your claim that the Subject Vehicle was "unreasonably dangerous" or defectively designed or manufactured in any respect.

**RESPONSE:** Plaintiff objects to this Request as vague, overbroad and unduly burdensome. Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this request on the ground that the information sought is premature prior to the completion of discovery in this matter. Pursuant to FRCP Rule 26(b)(3) & (4), Plaintiff also objects to this request to the extent it seeks information protected by the work product doctrine, attorney client privilege or seeks disclosure of the identity of non-testifying consulting experts. Plaintiff objects to this request to the extent it seeks the production of documents that are not currently in its possession, custody or control. Plaintiff objects to this request to the extent it seeks documents or information equally available to defendant via its own resources. Further this discovery request seeks the legal reasons and theories of Plaintiff's contentions. Plaintiff is not required to prepare defendant's case. Without waiving the foregoing objections, see enclosed non-privileged responsive documents.

**MacMILLAN, SCHOLZ & MARKS, P.C.**
**ATTORNEYS AT LAW**
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON  97204
TELEPHONE (503) 224-2165

1    REQUEST FOR PRODUCTION NO. 7:  Produce copies of all official or unofficial reports

2    (including reports from any law enforcement agency or fire department) and all witness

3    statements relating to the Incident.

4          **RESPONSE:** Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this request on the

5    ground that the information sought is premature prior to the completion of discovery in this

6    matter. Pursuant to FRCP Rule 26(b)(3) & (4), Plaintiff also objects to this request to the extent

7    it seeks information protected by the work product doctrine, attorney client privilege or seeks

8    disclosure of the identity of non-testifying consulting experts. Plaintiff objects to this request to

9    the extent it seeks the production of documents that are not currently in its possession, custody or

10   control. Plaintiff objects to this request to the extent it seeks documents or information equally

11   available to defendant via its own resources. Without waiving any of the foregoing objections,

12   see enclosed responsive, non-privileged documents in Plaintiff's possession, custody and control.

13   REQUEST FOR PRODUCTION NO. 8:  Produce copies of all communications between you

14   and Insured relating to the Incident, the claims made by your Insured under the Insurance Polices

15   relating to the Incident, and/or your Insured's alleged damages resulting from the Incident.

16         **RESPONSE:** Pursuant to FRCP Rule 26(b)(3) & (4), Plaintiff objects to this request to

17   the extent it seeks information protected by the work product doctrine, attorney client privilege

18   or seeks disclosure of the identity of non-testifying consulting experts. Further, Plaintiff objects

19   to this request to the extent they require plaintiff to respond on behalf of other entities and

20   individuals.  Plaintiff objects to this request to the extent it seeks the production of documents

21   that are not currently in its possession, custody or control.  Subject to and without waiving these

22   objections, see enclosed responsive, non-privileged documents. in Plaintiff's possession, custody

23   and control.

24         REQUEST FOR PRODUCTION NO. 9:  Produce copies of all documents and other

25   information submitted to you by your Insured in connection with the insurance claims made by

your Insured relating to the Incident, including all information evidencing real or personal property damage, lost income and/or additional living expenses.

**RESPONSE:** See Response to Request 8.

REQUEST FOR PRODUCTION NO. 10: Produce copies of all Insurance Policies referenced in paragraph 14 of the Complaint.

**RESPONSE:** Plaintiff will produce.

REQUEST FOR PRODUCTION NO. 11: Produce a complete copy of the file kept and maintained by FCA relating to the Incident, including but not limited to FCA's full report relating to the Incident, any documentation or record of evidence preserved, and any photos, notes, and other information relating to FCA's investigation of the Incident.

**RESPONSE:** See Response to Request 8. Further, Plaintiff has previously produced to Defendant all photographs in its possession, custody and control. If counsel would like Plaintiff to produce these again, please advise.

REQUEST FOR PRODUCTION NO. 12: Produce copies of all federal and state income tax returns for your Insured's business for the taxable years 2017 through 2020.

**RESPONSE:** Objection. This request is not reasonable calculated to the discovery of admissible evidence.

REQUEST FOR PRODUCTION NO. 13: Produce copies of any real estate appraisal performed at any time from January 1, 2010 to present of the real property belonging to your Insured that you claim was damaged as a result of the Incident.

**RESPONSE:** None.

REQUEST FOR PRODUCTION NO. 14: Produce copies of all documents, communications and other information evidencing any expenses incurred by your Insured in connection with replacing, repairing or restoring any property allegedly damaged as a result of the Incident.

MacMILLAN, SCHOLZ & MARKS, P.C.
ATTORNEYS AT LAW
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON 97204
TELEPHONE (503) 224-2165

1    **RESPONSE:** Objection. This request is not reasonable calculated to the discovery of

2    admissible evidence.

3    REQUEST FOR PRODUCTION NO. 15:  For each expert retained by you or on your behalf,

4    who has or will provide opinion(s) or testimony in this case relating to the Incident, including

5    without limitation Shane Hartgrove of FCA, produce the following:

6    a.    A current curriculum vitae;

7    b.    A listing of all deposition or trial testimony for the three years preceding the filing of this

8    lawsuit;

9    c.    The entire case file maintained by each expert regarding this case, including time records

10   and invoices, correspondence, documents, videos, and other materials referenced by or relied

11   upon by the expert in preparing his or her opinions; and

12   d.    All reports, communications, and/or documents prepared by the expert which set forth,

13   describe, explain, or reference their opinions in this case or the basis for any such opinions.

14   **RESPONSE**: Plaintiff objects to this request to the extent that it seeks information

15   protected by the attorney-client privilege and work product doctrine, and/or purports to expand

16   the scope of discovery authorized by the Rule 26(b)(4) of the Federal Rules of Civil Procedure

17   regarding experts not presently expected to testify at trial. Further, Plaintiff has not yet

18   determined who may be potential expert witnesses in this action. Without waiving these

19   objections, Plaintiff has not yet determined what exhibits it intends to use at trial.  This response

20   will be supplemented pursuant to the FRCP and this Court's Scheduling Order.

21   REQUEST FOR PRODUCTION NO. 16:   Produce copies of all photographs, blueprints,

22   drawings or other renderings depicting the garage in which the Subject Vehicle was parked on

23   the date of the Incident.

24

25

Page   21 – PLAINTIFF'S RESPONSE TO GENERAL MOTORS LLC'S FIRST SET OF DISCOVERY REQUESTS

1    **RESPONSE:** See Response to Request 2.

2    REQUEST FOR PRODUCTION NO. 17:  Produce all documents, communications and any

3    other information that you claim support your allegation in paragraph 21 of the Complaint,

4    which states that GM LLC "was negligent in manufacturing, assembling, and selling the Acadia

5    in a defective condition, as well as for failing to warn Adams about the Acadia's defective

6    condition."

7    **RESPONSE:** Plaintiff objects to this Request as overbroad and unduly burdensome.

8    Pursuant to FRCP Rule 26(b)(1), Plaintiff objects to this request on the ground that the

9    information sought is premature prior to the completion of discovery in this matter. Pursuant to

10   FRCP Rule 26(b)(3) & (4), Plaintiff also objects to this request to the extent it seeks information

11   protected by the work product doctrine, attorney client privilege or seeks disclosure of the

12   identity of non-testifying consulting experts. Plaintiff objects to this request to the extent it seeks

13   the production of documents that are not currently in its possession, custody or control. Plaintiff

14   objects to this request to the extent it seeks documents or information equally available to

15   defendant via its own resources. Further this discovery request seeks the legal reasons and

16   theories of Plaintiff's contentions. Plaintiff is not required to prepare defendant's case.

17

18   DATED: May 5, 2020.                              MacMILLAN, SCHOLZ, & MARKS, P.C.

19

20                                                    By:  */s/ Christine L. Reinert*
                                                     CHRISTINE L. REINERT, IBN No.
21                                                   9143
                                                     JORN R. MACMILLAN, IBN#9959
22                                                   Of Attorneys for Plaintiff

23

24

25

Page     22 – PLAINTIFF'S RESPONSE TO GENERAL MOTORS LLC'S FIRST SET OF DISCOVERY REQUESTS

1

2

<u>CERTIFICATE OF SERVICE</u>

3

I HEREBY CERTIFY that I served the foregoing PLAINTIFF'S RESPONSE TO

4

GENERAL MOTORS LLC'S FIRST SET OF DISCOVERY REQUESTS via regular mail and
email at the following:

5

| | |
|---|---|
| Tyler J. Anderson<br>Hawley Troxell<br>877 W. Main Street, 10th Floor<br>Boise, Idaho 83702<br>Telephone: 208.388.4070<br>E-mail: tanderson@hawleytroxell.com<br><br>*Attorneys for Defendant General Motors LLC* | Adrienne Toon<br>1400 Wewatta St. Ste 500<br>Denver, CO 80202<br>T 303.583.9908<br>F 303.583.9999<br>Email: Adrienne.toon@nelsonmullins.com<br><br>*Attorneys for Defendant General Motors LLC* |

6

7

8

9

10

DATED: March 5, 2020          MACMILLAN SCHOLZ & MARKS, P.C.

11

By: *//s// Christine L. Reinert*

12

13

John R. MacMillan, IBN #9959
Christine L. Reinert, IBN #9143
MacMillan, Scholz, and Marks, P.C.
900 SW Fifth Avenue, Ste. 1800
Portland, OR 97232
Telephone:  503-224-2165
Facsimile:  503-224-0348
E-mail:  jmacmillan@msmlegal.com
          creinert@msmlegal.com
*Attorneys for Plaintiff*

14

15

16

17

18

19

20

21

22

23

24

25

Page    1 – CERTIFICATE OF SERVICE

# Exhibit 6

925 955

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

 **StateFarm**®

August 21, 2019

General Motors Esis Gm Central Claims          State Farm Claims
PO Box 300 Msc 482c19b61                       PO Box 106169
Detroit MI  48265-3300                         Atlanta GA 30348-6169

RECEIVED

AUG 2 7 2019

ESIS-GM CLAIMS UNIT

RE:    Claim Number:    12-8691-G51
       Insured:          George M Adams
       Date of Loss:     May 04, 2019

To Whom It May Concern:

We are writing to you regarding a loss sustained by our insured.

Our investigation indicates you may be responsible for this loss. By virtue of our payment to our insured, we are entitled to recover from the responsible party.

If you have liability insurance, please refer this letter to your insurance company and provide us with your insurance information. If you do not have insurance, we are entitled to recover from you directly for incurred losses.

Your cooperation is appreciated.

If you have questions or need assistance, call us at (844) 458-4300  Ext. 2534393825. If I am not available, any other member of my team may assist you.

Sincerely,

Eric Vane
Claim Specialist
(844) 458-4300  Ext. 2534393825

State Farm Fire and Casualty Company

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

 **State Farm**®

August 21, 2019

General Motors Esis Gm Central Claims
PO Box 300 Msc 482c19b61
Detroit MI  48265-3300

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RECEIVED

AUG 2 7 2019

ESIS-GM CLAIMS UNIT

RE:    Claim Number:    12-8691-H43
       Insured:         George M Adams
       Date of Loss:    May 03, 2019

To Whom It May Concern:

We are writing to you regarding a loss sustained by our insured.

Our investigation indicates you may be responsible for this loss. By virtue of our payment to our insured, we are entitled to recover from the responsible party.

If you have liability insurance, please refer this letter to your insurance company and provide us with your insurance information. If you do not have insurance, we are entitled to recover from you directly for incurred losses.

Your cooperation is appreciated.

If you have questions or need assistance, call us at (844) 458-4300  Ext. 2534393825. If I am not available, any other member of my team may assist you.

Sincerely,


Eric Vane
Claim Specialist
(844) 458-4300  Ext. 2534393825

State Farm Fire and Casualty Company