John R. MacMillan, IBN#9959
Christine L. Reinert, IBN#9143
MacMillan, Scholz, and Marks, P.C.
900 SW Fifth Avenue, Suite 1800
Portland, OR 97232
Office: (503) 224-2165
Facsimile: (503) 224-0348
E: jmacmillan@msmlegal.com
E: creinert@msmlegal.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

STATE FARM FIRE AND CASUALTY ) Case No.: 1:20-cv-00040-BLW
COMPANY, as subrogee of George Adams, )
                                     )
        Plaintiff,                   )
                                     ) DECLARATION OF CHRISTINE REINERT
    vs.                              )
                                     )
GENERAL MOTORS, LLC, a Delaware cor- )
poration.                            )
                                     )
        Defendant                    )

I, Christine Reinert, being first duly sworn, depose and say:

1.      I am one the attorneys for State Farm Fire and Casualty Company ("State Farm Fire") in this matter.

2.      The 2007 GMC Acadia central to Defendant's Motion for Sanctions and our Response was insured by State Farm Mutual Automobile Company, not by State Farm Fire and Casualty Company.

3.      Plaintiff has been unable to have an electrical engineer or any other consultant physically inspect the Acadia other than the initial cause and origin expert, Shane Hartgrove.

4.      On August 21, 2019, State Farm notified GM of the claim against it. Attached as Exhibit 1 is a true and correct copy of a letter sent by Plaintiff to Defendant on that date.

Page 1 – Declaration

1   5.   Upon information and belief, to date Auto has not brought a subrogation claim
2   against GM for the Acadia.
3   6.   As attorney for Plaintiff, I shared all documentary evidence in its possession with
4   Defendant from the outset of litigation on my own initiative. This includes providing Mr. Hart-
5   grove's report, and also one hundred raw photographs taken by Mr. Hartgrove, all of the photos
6   taken by Plaintiff's mitigation contractor, Servpro, and about 600 photos taken by State Farm
7   representatives. Attached as Exhibit 2 is a true and correct copy of emails between myself and
8   defense counsel dated February 13, 2020.
9   7.   In a telephone call with counsel about two weeks after receiving their Notice of
10  Appearance, I disclosed the sale of the Acadia and offered all if the documentary evidence in its
11  possession.
12  The statements in this affidavit are true and correct to the best of my knowledge.

*/s/ Christine Reinert*
Christine Reinert

Page 2 – Declaration

MACMILLAN, SCHOLZ & MARKS, P.C.
ATTORNEYS AT LAW
900 SW 5th AVENUE, SUITE 1800
PORTLAND, OREGON 97204
TELEPHONE (503) 224-2165

Providing Insurance and Financial Services
Home Office, Bloomington, IL



August 21, 2019

General Motors Esis Gm Central Claims
PO Box 300 Msc 482c19b61
Detroit MI  48265-3300

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RE:  Claim Number:   12-8691-G51
     Insured:        George M Adams
     Date of Loss:   May 04, 2019

To Whom It May Concern:

We are writing to you regarding a loss sustained by our insured.

Our investigation indicates you may be responsible for this loss. By virtue of our payment to our insured, we are entitled to recover from the responsible party.

If you have liability insurance, please refer this letter to your insurance company and provide us with your insurance information. If you do not have insurance, we are entitled to recover from you directly for incurred losses.

Your cooperation is appreciated.

If you have questions or need assistance, call us at (844) 458-4300  Ext. 2534393825. If I am not available, any other member of my team may assist you.

Sincerely,


Eric Vane
Claim Specialist
(844) 458-4300  Ext. 2534393825

State Farm Fire and Casualty Company

Exhibit 1

# Jessie McClendon

| | |
|---|---|
| **From:** | creinert@msmlegal.com |
| **Sent:** | Thursday, February 13, 2020 1:15 PM |
| **To:** | 'Adrienne Toon' |
| **Cc:** | 'Darin Lang'; 'Tyler Anderson'; 'Lauri Epstein'; jmacmillan@msmlegal.com |
| **Subject:** | RE: email |

Adrienne,

Here is some to get you started. I don't see the fire report and am following up.

https://www.dropbox.com/sh/cqkfp0fv33b8w65/AACWrNhEsdBiEncVczOz4rZma?dl=0

Thanks,

Christine



900 SW FIFTH AVENUE, SUITE 1800 • PORTLAND, OR 97204
T: (503) 224-2165 • F: (503) 224-0348
www.msmlegal.com
Christine Reinert • creinert@msmlegal.com

CONFIDENTIALITY NOTICE: The materials in this electronic transmission (including all attachments) are private and confidential and are the property of the sender. The information contained in the materials is privileged and is intended only for the use of the named addresses(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission in error, please immediately notify the sender by telephone 503-224-2165 or send an electronic message to creinert@msmlegal.com, and thereafter destroy it immediately.

---

**From:** Adrienne Toon <adrienne.toon@nelsonmullins.com>
**Sent:** Thursday, February 13, 2020 11:46 AM
**To:** creinert@msmlegal.com
**Cc:** Darin Lang <darin.lang@nelsonmullins.com>; Tyler Anderson <TAnderson@hawleytroxell.com>; Lauri Epstein <lauri.epstein@nelsonmullins.com>
**Subject:** RE: email

Christine,

Thanks for talking with me today. I appreciate you taking the first cut at the discovery plan and case schedule.

It would be great if you could share the expert reports and photos you mentioned with us.

Also, in anticipation of initial disclosures, I will send you a draft protective order and motion for entry of the PO.

Thanks again.

Adrienne

**From:** creinert@msmlegal.com <creinert@msmlegal.com>
**Sent:** Thursday, February 13, 2020 11:37 AM
**To:** Adrienne Toon <adrienne.toon@nelsonmullins.com>
**Subject:** email

◄External Email► - From: creinert@msmlegal.com


Thanks,

Christine



900 SW FIFTH AVENUE, SUITE 1800 • PORTLAND, OR 97204
T: (503) 224-2165 • F: (503) 224-0348
www.msmlegal.com
Christine Reinert • creinert@msmlegal.com

CONFIDENTIALITY NOTICE: The materials in this electronic transmission (including all attachments) are private and confidential and are the property of the sender. The information contained in the materials is privileged and is intended only for the use of the named addresses(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission in error, please immediately notify the sender by telephone 503-224-2165 or send an electronic message to creinert@msmlegal.com, and thereafter destroy it immediately.


Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

2

Exhibit 2, page 2 of 2