1  John R. MacMillan, IBN#9959
   Christine L. Reinert, IBN#9143
2  MacMillan, Scholz, and Marks, P.C.
   900 SW Fifth Avenue, Suite 1800
3  Portland, OR 97232
   Office: (503) 224-2165
4  Facsimile: (503) 224-0348
   E: jmacmillan@msmlegal.com
5  E: creinert@msmlegal.com
   Attorney for Plaintiff

6

7              UNITED STATES DISTRICT COURT

8              FOR THE DISTRICT OF IDAHO

9

10 STATE FARM FIRE AND CASUALTY    )  Case No.: 1:20-cv-00040-BLW
   COMPANY, as subrogee of George Adams,  )
                                   )
11         Plaintiff,              )
                                   )  AFFIDAVIT OF INSURANCE AUTO AUC-
12 vs.                             )  TIONS INC. REPRESENTATIVE
                                   )
13 GENERAL MOTORS, LLC, a Delaware cor-  )
   poration.                       )
14                                 )
           Defendant               )

15

16     I, Jarrod Detwiler, being first duly sworn, depose and say:

17     1.     I am an employee of Insurance Auto Auctions, Inc. ("IAA").

18     2.     I have reviewed our system records relating to a 2007 GMC Acadia, with a VIN

19 no. of 1GKEV33767J168008.

20     3.     Our records indicate that we received this vehicle on or about May 8, 2019 from

21 State Farm Mutual Automobile Insurance Company.

22     4.     Our records indicate that this vehicle was auctioned and sold on June 28, 2019.

23     5.     Our records do not indicate that a hold to not sell the vehicle was ever placed on

24 this vehicle prior to the sale.

25     6.     Our records do not indicate that State Farm Mutual Automobile Insurance Com-

Page   1 – AFFIDAVIT

1    pany ever requested us to place a hold to not sell this vehicle.

2        7.    The attached printouts (Exhibit A) are true and correct screen captures of the rec-

3    ords from IAA's database relating to this vehicle.

4        The statements in this affidavit are true and correct to the best of my knowledge.

5

6        _____
         Insurance Auto Auctions Inc. Representative

7

8    SUBSCRIBED AND SWORN to before me this ____1____ day of March_____, 2021.

9

10                                          _____
         MICHELLE REIMAN                    Notary Public of
11       COMMISSION # 50250                 My commission expires: 8-12-25
         NOTARY PUBLIC
12       STATE OF IDAHO
         MY COMMISSION EXPIRES 08/12/2025

13

14

15

16

17

18

19

20

21

22

23

24

25

Page    2 – AFFIDAVIT